UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANDREW BLUM and ZAQ HARRISON,
individually and on behalf of all others similarly
situated,

                          Plaintiffs,

       -against-

MERRILL LYNCH & CO., INC.; MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.,
and BANK OF AMERICA CORPORATION,

                          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 31 2015

ORDER

15 Civ. 1636 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons articulated at the July 31, 2015 oral argument,

    (1)    Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) is DENIED; and

    (2)    Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA is GRANTED.

The Clerk of Court is directed to close the motion at ECF No. 27.

Dated: July 31, 2015
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge