F7v4Bluc

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    ANDREW BLUM and ZAQ HARRISON,
     individually and on behalf of
4    all others similarly situated,

5                     Plaintiffs,

6             v.                              15 CV 1636 (GBD)

7

8    MERRILL LYNCH & CO., MERRILL
     LYNCH, PIERCE, FENNER & SMITH
     INC., and BANK OF AMERICA
9    CORPORATION,

10                    Defendants.

11   ------------------------------x
                                             New York, N.Y.
12                                           July 31, 2015
                                             10:30 a.m.
13
     Before:
14
                        HON. GEORGE B. DANIELS,
15
                                             District Judge
16
                             APPEARANCES
17
     OUTTEN & GOLDEN LLP
18        Attorneys for Plaintiffs
     BY:  JUSTIN M. SWARTZ
19        JUNO E. TURNER

20

21
     MCGUIRE WOODS LLP
22        Attorneys for Defendants
     BY:  PHILIP A. GOLDSTEIN
23        MICHAEL D. MANDEL

24

25

          SOUTHERN DISTRICT REPORTERS, P.C.        (212) 805-0300

F7v4Bluc

1          (In open court)

2          THE DEPUTY CLERK:  Blum, et al. versus Merrill Lynch &

3  Company, Incorporated, Case Number 15 CV 1636.

4          Will the parties please rise and make their

5  appearance, starting with the plaintiff.

6          MR. SWARTZ:  Good morning, your Honor.  Justin Swartz

7  from Outten & Golden for the plaintiffs, and Juno Turner is

8  with me.

9          THE COURT:  Good morning.

10         MR. MANDEL:  Good morning, your Honor.  Michael Mandel

11  from McGuire Woods for the defendants.

12         MR. GOLDSTEIN:  Good morning, your Honor.  Philip

13  Goldstein from McGuire Woods for defendants.

14         THE COURT:  Good morning.

15         Two motions, the motion to dismiss and the motion for

16  conditional certification.  Who wants to be heard first?

17         MR. SWARTZ:  We would be glad to, your Honor.

18         THE COURT:  I will give the others the last word.

19         MR. SWARTZ:  That's fine with us.

20         Your Honor, with respect to our motion, which is the

21  motion for conditional certification, your Honor, we think that

22  this is one of the stronger conditional certification motions

23  that we have filed and that has been adjudicated in the

24  Southern District of New York.  The reason I say that is

25  because we're only talking about a three-month period in a long

F7v4Bluc

1    stretch of a training program and, then beyond that, the long

2    career of financial advisors.  We're talking about stage 2,

3    approximately 90 days, which the defendants admit, during which

4    the workers in question are required to follow the three-month

5    training manual.  They're all subject to the exact same

6    compensation plan.  They're all classified as exempt.  None of

7    them are paid overtime.  They all earn the same incentive

8    payments, if any.  That is all that is necessary at this stage

9    of the proceeding.  We have put in declarations to show that

10   they're all subject to the same alleged violation of the law.

11        One thing I want to address quickly is that the

12   defendants are incorrect, that we don't have to prove the

13   violation at this stage of the proceeding.  When the defendants

14   argue that we have to show that they are subject to an unlawful

15   policy, that's not correct.  We have to show they were subject

16   to the same policy that we allege is unlawful.  Otherwise, that

17   would be putting the cart before the horse.  We have done that.

18        We have also gone beyond that, and we have showed that

19   the plaintiffs and opt-ins so far performed substantially the

20   same duties.  Now, they don't have to perform exactly the same

21   duties to prevail at this stage.  In fact, a lot of courts in

22   this district have said that a factual analysis, a detailed

23   factual analysis about the duties is not even appropriate at

24   this stage.  We just have to make a very small showing that

25   they're subject to the same unlawful policy, and then we do

F7v4Bluc

1    discovery, and then people opt in.  We do discovery with

2    respect to those people who opt in.  It wouldn't be fair at

3    this point to tell the rest of the class, you don't even get

4    notice about this case, you don't have a chance to opt in,

5    we're just going to decide that you're not similarly situated

6    to the plaintiffs before we even know who you are.

7            THE COURT:  It is a little unclear to me how both

8    sides categorize what you say practically the day-to-day

9    responsibilities and activities are that are common to all of

10   these employees.

11           MR. SWARTZ:  From our perspective, your Honor, I would

12   like to direct the Court's attention to Exhibit C to my

13   declaration, the Justin Swartz declaration, and that is on the

14   docket document 5-3.  That is the practice management

15   development program.

16           THE COURT:  Okay.

17           MR. SWARTZ:  That's what governs the compensation and

18   the day-to-day activities of these people during the short

19   three-month period.

20           THE COURT:  Can you, as they say, put that in English

21   for me?

22           MR. SWARTZ:  Sure.

23           THE COURT:  If they had to go home and explain to

24   their loved ones what they do for a living, what would they

25   say?

F7v4Bluc

1            MR. SWARTZ:  They would say look at Exhibit C to my --

2            THE COURT:  Exactly.

3            MR. SWARTZ:  They would say they need to make a

4    minimum of 25 customer contacts per day.

5            THE COURT:  What does that mean, customer contacts?

6    To do what?

7            MR. SWARTZ:  It can mean cold calling, it can mean a

8    number of things, but it's not sales.

9            THE COURT:  That's what I'm saying, you are both

10   trying to walk this fine line of whether it is or isn't sales.

11   They're not calling people up to say, have a nice day.  There's

12   a purpose, and I assume there's a financial purpose for them to

13   contact customers, and customers means paying customers.

14           MR. SWARTZ:  Absolutely.

15           THE COURT:  The common day-to-day activity, what do

16   you say is the purpose of that common day-to-day activity, and

17   what do you say is to be accomplished by this day-to-day

18   activity?

19           MR. SWARTZ:  I will answer all three of those

20   questions.  If I can, may I just explain, the definition of

21   sales under the Federal Labor Standards Act is specific.  The

22   definition of sales is defined in the statute.  The gist of

23   that is a disposition from one person to another, an exchange

24   for compensation an exchange for money.  That's not what these

25   folks are doing.

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

F7v4Bluc

1          THE COURT:  They're being trained to be salespeople.

2          MR. SWARTZ:  Exactly.

3          THE COURT:  That's what is contemplated ultimately to

4     be their position.  So I am trying to figure out what sort of

5     limbo that you say that they're supposed to be in, that they're

6     not yet salespeople but they're workers, they're supposed to

7     call people, but they're not supposed to sell them anything,

8     but they're supposed to just make contact with them.  Tell me

9     how they would explain to a non-lawyer what it is they're

10    getting paid to do.

11         MR. SWARTZ:  They're generating leads.  They're

12    generating leads that some day may be their customers or may be

13    somebody else's customers.

14         THE COURT:  What does generating leads mean?

15         MR. SWARTZ:  It can mean a number of things, and

16    they're allowed to do it a number of different ways.  That

17    doesn't mean their primary duty is different.  Their primary

18    duty is generating leads, and that is done by making customer

19    contacts every day.  It could be on the phone.  It could be

20    meeting someone at a networking event.  I'm going to explain

21    why that is not significant to the outside sales exemption in a

22    little bit.  But it could be a number of ways.  They need to

23    make a minimum of 25 customer contacts per day.

24         THE COURT:  How does one generate a lead?  How does

25    one accomplish that purpose?

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

F7v4Bluc

1          MR. SWARTZ:  They can do it on the phone, cold

2     calling.  They get lists.  They can get it through their own

3     contacts.

4          THE COURT:  How do I know when they have accomplished

5     that?  What is the evidence that someone has generated a lead?

6          MR. SWARTZ:  I understand the question.  They add

7     those leads to a program, a computer program called

8     salesforce.com.  Salesforce.com is a widely used computer

9     program that organizes leads for salespeople.

10          So they're required to identify and add 2,000

11     qualified affluent leads.  That means people who have enough

12     money to salesforce.com during their period there.

13          THE COURT:  How do you transform someone into a lead?

14          MR. SWARTZ:  A number of ways.  One would be you call

15     them on the phone and you give them a pitch and say:  Would you

16     like more information about the Merrill Lynch investment

17     program?  They say, yes.  You say, great.  You put them down.

18     They're a lead.

19          THE COURT:  If they say no, they're not a lead?

20          MR. SWARTZ:  I assume that to be true, but I don't

21     know for sure.  They may be able to try them again some other

22     time.  I don't know.

23          THE COURT:  None of these stage 2 employees during

24     this 90-day period, none of them actually make a sale?

25          MR. SWARTZ:  That may or may not be true.  I think

          SOUTHERN DISTRICT REPORTERS, P.C.        (212) 805-0300

F7v4Bluc

1    they're not prohibited from making sales, but that is certainly

2    not their primary duty.  Their primary duty is what matters

3    under the conditional certification standard and, of course

4    under the exemptions themselves.  Their primary duty is

5    generating these leads and training and learning how to be a

6    full-fledged FA.

7            THE COURT:  All right.  I think I understand it.  I

8    just want to make sure that I can articulate it.  They are

9    across the country, and they have pretty much uniform guidance

10   about what they're supposed to do.  A person in New York is not

11   told that they're supposed to do their job any differently than

12   a person in California is told how they're supposed to do their

13   job.  That's your position?

14           MR. SWARTZ:  That's absolutely correct.  That's

15   demonstrated by the documents.

16           THE COURT:  Their job, from your perspective, is to

17   generate leads, and that could be done in a number of ways.  It

18   can be done on the phone.  It could be done in person.  It

19   could be done at the office.  Or it could be done outside of

20   the office.

21           MR. SWARTZ:  That's correct.  Defendants are correct,

22   Merrill Lynch does not stop them from varying from the standard

23   method.  The standard method is sitting in the office and

24   calling the list that Merrill Lynch gives them.  As Merrill

25   Lynch says, if somebody comes in and says, I used to be a used

F7v4Bluc

1   car salesman, and I have a whole network of people, that I'm

2   going to pick up the phone and call my network.  Merrill

3   doesn't stop them from doing that.  They have to generate the

4   leads.

5           THE COURT:  If they say, I know a lot of people who I

6   play basketball with on Tuesday night, I'll go out, and when

7   I'm playing basketball with them, I'll take a bunch of cards

8   with me, and I will give a few people a pitch.

9           MR. SWARTZ:  That's correct, and they're not required

10  to sell anything.  "Sell" has a specific definition under the

11  FLSA.

12          THE COURT:  Their job during this period is not

13  defined as requiring them to make a sale.

14          MR. SWARTZ:  That's right, they're not required to.

15  They may not be prohibited from doing that.  That is above and

16  beyond.  That's not part of their primary duty.  What matters

17  is the primary duty under the FSLA.

18          THE COURT:  What do you say, from your knowledge of

19  what they're primarily involved in, are most people making

20  sales?

21          MR. SWARTZ:  Not from our experience.  Not from the

22  experience of the declarations that defendants submitted.

23          THE COURT:  Okay.

24          MR. SWARTZ:  Again, your Honor, we're talking about a

25  five-stage program that lasts a little bit less than four

F7v4Bluc

1    years.  So this is the very beginning of these people's

2    careers.  In the first four months, they're non-exempt

3    employees, studying for their Series 7 exams.  Reiburn v.

4    Merrill Lynch case, which was just transferred to your Honor,

5    challenges the unpaid overtime at that stage.  This case

6    involves the next three months.  That's four months.  This

7    involves the next three months, during which they are still

8    training, and they're just getting their feet wet with respect

9    to talking to new customers, potential customers, leads.

10        THE COURT:  What's the difference between their job

11   during this 90-day period and how you define their job after

12   the 90 days?

13        MR. SWARTZ:  After the 90-day period, there are three

14   more stages.  Those are called stage 1, stage 2, and stage 3.

15   During those stages, then they start having sales goals.  Then

16   they're expected to sell.  They're expected to produce income

17   for Merrill Lynch.  They do that by selling mutual funds,

18   generating commissions off of stock sales, just like a typical

19   stockbroker, but they're in a structured program for the first

20   three years of being a stockbroker.  They're not just thrown

21   out on their own.

22        After stage 3, after that three and change years of

23   training, then they're full-fledged stockbrokers, they're out

24   there on their own.  We're not challenging those practices at

25   all.  In some cases in this court and others, the Liddy case,

F7v4Bluc

1    in particular, the one that was in California, they challenged

2    the exempt status and overtime protections and deductions for

3    stockbrokers all the way from year 4, which is when they become

4    a full-fledged stockbroker, through year 40, when they have a

5    hundred million dollar book of business and they're just

6    watching the money roll in.

7              This is something very different.  This is a very

8    narrow stretch of their career, this three-month period where

9    they're told to generate leads, they're told how many leads to

10   generate.  They're given a way of generating the leads, which

11   is calling these lists.  They can also generate leads another

12   way, but they're still generating leads.  They are also

13   training.  They're still learning how to do this job.  They're

14   not doing the job yet.  They're not doing the sales yet.  When

15   we say inside sales in our complaint, what we're talking about

16   is this lead generation.  This is where they are on the phone,

17   calling people, saying:  Would you like me to send you a

18   booklet?

19             THE COURT:  What do you say is the minimum job

20   requirement or activity that a person is supposed to be engaged

21   in?

22             MR. SWARTZ:  The minimum?

23             THE COURT:  Yes.  How do you judge whether or not they

24   are meeting the responsibilities of the job?

25             MR. SWARTZ:  Those goals are clearly set forth in the

F7v4Bluc

1     practice management development program that applies to

2     everybody.  They must make a minimum of 25 customer contacts

3     per day.

4             THE COURT:  Where are you reading from?

5             MR. SWARTZ:  I believe it is on page 4.

6             THE COURT:  Of the?

7             MR. SWARTZ:  On the docket, it is ECF 5-3.

8             THE COURT:  Your declaration?

9             MR. SWARTZ:  Exhibit C to my declaration.

10            THE COURT:  Okay.  The practice management development

11    program?

12            MR. SWARTZ:  That's correct.

13            THE COURT:  Where were you reading from?

14            MR. SWARTZ:  I'm looking at page 4.  The bottom

15    right-hand corner has the page number.

16            THE COURT:  Page 4.

17            MR. SWARTZ:  There are bullet points in the middle of

18    the page, five bullet points, under the heading PMD,

19    development stage.

20            THE COURT:  The PM development stage is the three

21    months, you're dealing only with employees who are engaged in

22    the PMD three-month development stage.

23            MR. SWARTZ:  That's correct.  We're not attempting to

24    include anybody else in the collective, just people who were in

25    that period, in that stage, the three-month period, within the

F7v4Bluc

1     last three years.

2                    THE COURT:  So you were quoting from the bullet

3     points?

4                    MR. SWARTZ:  That's correct.

5                    THE COURT:  Make a minimum of 25 contacts per day,

6     spend at least seven hours per day in contact with potential

7     clients, to set and host at least eight financial profiling

8     appointments per week.  What does that mean?

9                    MR. SWARTZ:  That means that they should invite people

10    in and gather information from those people.  They're still not

11    selling.  For instance, if somebody who has graduated from

12    college and has their first job might get a phone call from

13    someone at Merrill, one of our clients, and that person might

14    say to the recent graduate:  Look, you have a great job.

15    You're going to have some money.  You're going to need to

16    invest.  Come in and let's talk about your goals.

17                    Then, Merrill has a computer program that tells them

18    what questions to ask.

19                    THE COURT:  That is an in-office appointment?

20                    MR. SWARTZ:  Yes, in the office.

21                    THE COURT:  And identify and add 2,000 qualified

22    affluent leads.  Identify 100 prospects in the immediate

23    pipeline.

24                    Just for my understanding, the purpose of generating

25    and recording these leads, what is supposed to happen with that

                  SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

F7v4Bluc

1    information after it is accumulated?

2            MR. SWARTZ:  The qualified affluent leads goes into

3    the database called salesforce.com.  Our understanding from our

4    clients, our client's understanding is that those leads then

5    can be called on by either our clients, when they graduate to

6    the first stage of the PMD program, stage 1, where they're real

7    salespeople, or they may be called on by other people.  They go

8    into the general hoppers of Merrill Lynch.  They become warm

9    leads as opposed to cold calls.

10           THE COURT:  How do you know if somebody is a lead?

11   They have expressed what kind of an interest?

12           MR. SWARTZ:  There are different kinds of leads.  Our

13   clients start off with a list of cold leads.  If they express

14   some interest, if they say:  We would like to hear more, please

15   send me a booklet.  Sure, I'll come in and do a profile.  I

16   guess that is the rarest one --

17           THE COURT:  You say they have to generate leads.  If

18   you call me, how do I know that you generated a lead?  What do

19   I have to respond?

20           MR. SWARTZ:  Express some interest.  Ideally, you

21   would come in and be one of my eight financial profiles.  You

22   can also say:  Sure.  Send me some information.  Let's set up

23   another call.

24           It has to be something affirmative that will allow

25   them to change you from a cold lead, who nobody knows whether

F7v4Bluc

1    they have any interest, and distinguish it from someone who

2    says:  You know what, I'm already taken care of.

3              THE COURT:  What is the difference between that and

4    identifying and adding 2,000 qualified affluent leads?  I

5    assume that is not personal contacts.

6              MR. SWARTZ:  It could be.

7              THE COURT:  Not 2,000 personal contacts.

8              MR. SWARTZ:  Not usually.

9              THE COURT:  That is just sort of, you know, going to

10   databases and looking up who has got money?

11             MR. SWARTZ:  Well, Merrill provides that to these

12   workers.

13             THE COURT:  It says their job is to identify and add

14   2,000 qualified --

15             MR. SWARTZ:  Merrill gives them lists of potentials,

16   but Merrill doesn't necessarily know how much money someone has

17   or whether they're qualified in any other way.  You have to

18   call, develop a rapport, say:  Hello.  I'm a financial advisor

19   trainee.  I would like to talk to you about Merrill products.

20   Then you get talking to them and you find out how much money

21   they have, you find out whether they're qualified in other

22   respects, and then they become a qualified affluent lead.

23             THE COURT:  Identify and add 2,000 qualified affluent

24   leads requires some sort of personal contact with those 2,000

25   people?

F7v4Bluc

1          MR. SWARTZ:  Over the phone or it could be done in

2     person.

3          THE COURT:  That is not pulling together some kind of

4     list of names that you pull --

5          MR. SWARTZ:  For the most part, Merrill has already

6     done that.  They have pulled together this list of names that

7     is at least a list of names.

8          THE COURT:  They're not starting out generating the

9     names.  They're trying to take the names that are given to them

10     and trying to generate some interest, minor or major, on behalf

11     of the name that they were given.

12          MR. SWARTZ:  To be clear, they're not prohibited from

13     going off list, but that is not a primary duty of the job.

14          THE COURT:  What does it mean to identify 100

15     prospects in immediate pipeline?

16          MR. SWARTZ:  I will have to talk to my clients more

17     about that one.  I don't know exactly what that means.

18          THE COURT:  So at this point, what is usually the

19     number of employees at any one time that is in this three-month

20     period?

21          MR. SWARTZ:  I don't know, your Honor.  It is in the

22     thousands, I'm pretty sure, but I think Mr. Mandel will

23     probably have a better answer.

24          THE COURT:  All right.

25          MR. SWARTZ:  So with respect to the primary duties, as

F7v4Bluc

1    I said, this describes it.  They also are training, they're

2    learning.  They are part of a training course that they're

3    still involved in.

4          They're also not doing something that is important for

5    the outside sales exemption.  One of the things that the

6    defendants failed to mention, gloss over, with respect to

7    outside sales is you're not an outside salesperson just because

8    you leave the office and perform some sales.  You're an outside

9    salesperson if you leave the office and go to the customer's

10   place of business or the customer's home.  That's clear in the

11   regulation.

12         I'm moving over to the motion to dismiss a little bit

13   but it overlaps because it is the same for everybody.  In our

14   complaint, we do note that some of the overtime that they work

15   is caused by going to networking functions after work.  Those

16   networking functions are not at people's homes.  Those

17   networking functions are not at people's places of business.

18         THE COURT:  You say not people's --

19         MR. SWARTZ:  Not at the customer's places of business.

20   So that is a key element to the outside sales exemption.  A lot

21   of times there's loose language in opinions or sometimes

22   defendants sort of gloss over it, like they have here.  A

23   classic outside salesperson is a vacuum cleaner salesperson.

24   They go to the person's home, try to make a sale.  Or somebody

25   who sells office supplies, they go to the customer's place of

F7v4Bluc

1    business and try to make a sale.  That is what the exemption

2    was designed for, and that's what is required for the

3    exemption.  Just because you leave the office to do something

4    doesn't mean you're an outside salesperson.  That's a key

5    element.

6              THE COURT:  Isn't being an outside salesperson that

7    your primary responsibility and the form in which you meet

8    those responsibilities is to generate sales, and you do not

9    primarily do that from the employer's location?

10             MR. SWARTZ:  No.  Your Honor, with respect, that is an

11   over simplification of it.

12             THE COURT:  How complicated are you trying to make it?

13             MR. SWARTZ:  I'm trying to make it just complicated

14   enough for us to win.

15             THE COURT:  That's the most candid answer.

16             MR. SWARTZ:  It is really not that complicated.  It is

17   not just you're not doing it from the employer's place of

18   business; it's that you're doing it at the customer's home or

19   place of business.

20             THE COURT:  I'm not sure I agree with that.  I could

21   technically be an outside salesperson if I had my own office

22   someplace else or if I worked out of my home.

23             MR. SWARTZ:  If you worked out of your home --

24             THE COURT:  If I was cold calling from my home, I

25   could qualify as an outside salesperson.

F7v4Bluc

1            MR. SWARTZ:  Your Honor, with respect, I don't think

2      that's correct.  Let's say you're working for Merrill Lynch and

3      your job is to sit in your home and make these calls.  Under

4      the regulations and the case law, your home becomes one of

5      Merrill Lynch's place of business.

6            I had a case, for instance, we represented Medicaid

7      marketing reps.  These are the folks who work out of these

8      mobile vans that drive around the city and park in a place for

9      a day and try to sign people up for Medicare managed care.

10     Those vans that drove around the city, those were the

11     employer's place of business for that day.  The employer's

12     place of business can move from place to place, and it can also

13     be somebody's home.  The fact that you're not at the

14     headquarters or at the office doesn't mean you're an outside

15     salesperson.  To be an outside salesperson, you have to be

16     doing sales and you have to be doing it to the customer at the

17     customer's place of business or at the customer's home.

18            THE COURT:  Where does it say that?

19            MR. SWARTZ:  That is 29 CFR 541.502.

20            THE COURT:  Quote the language.

21            MR. SWARTZ:  The language is, they must be engaged at

22     the customer's place of business or . . . at the customer's

23     home.

24            That's on page 19 of our memorandum in opposition to

25     their motion to dismiss.

F7v4Bluc

1          That is an important part of the outside sales

2     exemption that that must be proved by the defendants.  That is

3     not something that we alleged in our complaint because, first

4     of all, it is not true.  They didn't go to the customer's homes

5     or the customer's place of business.

6          THE COURT:  You say page 19?

7          MR. SWARTZ:  Page 19 of our brief, which is docket

8     number 37.

9          THE COURT:  All right.

10         MR. SWARTZ:  Your Honor, this whole discussion, which

11    I'm perfectly glad to have, is material outside the pleadings.

12    It underscores the reason that a motion to dismiss on exemption

13    grounds at this stage is premature.

14         Defendants didn't cite any case where a lawsuit was

15    dismissed based on FLSA exemptions at the pleading stage, and

16    for good reason.  This whole conversation, I think, is one

17    indication of why that is not appropriate.  There is so much

18    that needs to be proved as opposed to me just telling you my

19    understanding from talking to my clients about it.

20         Second of all, the definition of "sales" is specific

21    in the FLSA.  It is part of the statute.  Both sides, as I

22    think your Honor noted, are using the word "sales" pretty

23    loosely.  And the defendants, on the other hand, are saying

24    that the primary duty is sales, so they're entitled to the

25    outside sales exemption.  And then, on the other hand, if you

F7v4Bluc

1    look at their argument with respect to the administrative

2    exemption, which in our view is even more farfetched, they sort

3    of dance around the idea and don't really say "sales" for a

4    good reason.  Because if your primary duty is sales, you can't

5    be administratively exempt in this circuit, full stop.

6            There's a case that we didn't cite in our papers, but

7    it's a controlling case called Reiseck v. Universal

8    Communications.  And that clearly says that sales, if your

9    primary duty is sales, that's on the production side of the

10   administrative/production dichotomy.  If you're on the

11   production side, that means you're not an administratively

12   exempt person.

13           Again, it is not our burden to prove.  It is the

14   defendant's burden to prove.  These exemptions are supposed to

15   be construed very narrowly.  They have to prove every element

16   clearly and unmistakably.  They certainly can't do that on our

17   pleadings.  The fact that they haven't even answered yet and

18   taken a position about what the primary duty of these folks is,

19   is another reason that a motion to dismiss is inappropriate at

20   this stage.

21           Getting back to the conditional certification motion,

22   which we think the Court should grant, the same conversation

23   that I just had is relevant to that motion because what we need

24   to do at this point is get people notice about the case, let

25   them know that their statute of limitations are going to start

F7v4Bluc

ticking at some point.  Get notice to them.  Let them join the

case and then become part of the discovery.

        The defendants put in a bunch of declarations saying

some things that helped them, some things that helped us.  We

haven't deposed any of those people.  They haven't deposed any

of the people who are going to join the case.  That's the

second stage.  That's why there are two stages.  The first

stage is for people to find out about the case, to join the

case, and then they become the collective.  Then, you compare

them to the named plaintiffs to determine whether they're

similarly situated.  You can't compare them to the named

plaintiffs to determine whether they are similarly situated

until they join the case and say, I would like to be part of

this.  That is the reason for this two-stage process, and

that's an important reason that the early stage of this

proceeding dictates the motion to dismiss should be denied and

that the motion for conditional certification be granted.

        THE COURT:  Thank you.

        Let me hear from the other side.

        MR. MANDEL:  Thank you, your Honor.  Michael Mandel

for the defendants.

        Let me start off by saying I'm a little surprised to

hear counsel say that what the work that these plaintiffs were

doing is not sales, because if you look at their reply brief,

which is at docket number 82, at page 3, footnote 3, it

1   specifically says, plaintiffs do not dispute that selling

2   financial products was among their primary duties.  They have

3   acknowledged that.  Sales is one of their primary duties.  From

4   our perspective, it is a non-issue with respect to the motion

5   to dismiss that sales is one of their primary duties.

6           THE COURT:  Are they required to make sales?

7           MR. MANDEL:  That is part of their job, yes.

8           THE COURT:  They are required to make a sale?

9           MR. MANDEL:  Yes.

10          THE COURT:  Where is that in their job description?

11  And what is the minimum requirement with regard to sales?

12          MR. MANDEL:  At the development stage for these

13  financial advisors, there is no minimum sales or production

14  requirement.  That's why in this first 90 days they're not

15  given any minimum because they're just getting on their feet,

16  they are just developing business.

17          THE COURT:  Do they have to make at least one sale?

18          MR. MANDEL:  They do not.

19          THE COURT:  All right.  So their job isn't to make

20  sales.  That's not what they are being paid for.

21          MR. MANDEL:  Well, that may be true.  But to

22  Mr. Swartz's point, we're talking about a motion to dismiss.

23  We're talking about the pleadings.  The plaintiffs have alleged

24  that their primary duty is sales, and they have reaffirmed that

25  in their own reply brief in support of their motion for

F7v4Bluc

1    conditional certification.  For purposes of the motion to

2    dismiss, it is undisputed that at least one of their primary

3    duties is sales.  The only issue then is, are they customarily

4    and regularly performing those duties away from their

5    employer's place of business.

6              THE COURT:  What do you say is the volume and amount

7    of sales that you say is involved in this job?

8              MR. MANDEL:  I'm not sure I understand the question,

9    your Honor.

10             THE COURT:  I assume that you're not arguing that

11   their primary job responsibility is to make a sale.

12             MR. MANDEL:  That is correct, your Honor.

13             THE COURT:  Okay.  You're not even arguing that the

14   majority of their time is supposed to be spent on trying to

15   make sales.

16             MR. MANDEL:  It is not necessarily supposed to be, but

17   as reflected in some of the evidence, that can be the case for

18   some people.

19             THE COURT:  Where in the job responsibilities does it

20   articulate that their job is to make sales?

21             MR. MANDEL:  Well, that isn't articulated as one of

22   their responsibilities.  Their ultimate responsibility, their

23   expected primary duty is to provide financial planning advice

24   and consultation to clients.

25             THE COURT:  Okay.

F7v4Bluc

1      MR. MANDEL:  In order to get those clients, that's

2  where the lead generation and the sales work comes in, trying

3  to identify clients, have those clients then retain you for

4  your services.

5      THE COURT:  Not during this 90-day period.

6      MR. MANDEL:  No, during that 90-day period.

7      THE COURT:  Well, you both have me in sort of a limbo

8  here.  Where am I supposed to look to see that their

9  responsibilities, their job responsibilities, are primarily

10  sales?  I didn't hear you arguing that.

11      MR. MANDEL:  For purposes of the motion to dismiss, I

12  have pointed you to it, plaintiff's own admission in their

13  reply brief at the section that I cited.  They specifically say

14  their primary duty is sales.

15      THE COURT:  That's not what they're saying now.

16      MR. MANDEL:  That's what their papers say.

17      THE COURT:  That's not what their complaint says.

18      MR. MANDEL:  The complaint does say that one of their

19  primary duties is sales.  They're just claiming that it's

20  inside sales, not outside sales.

21      THE COURT:  As they say, there's rhetoric and then

22  there's reality.  I'm trying to understand where the genuine

23  dispute lies.  You can't simply rely on their appropriate or

24  inappropriate characterization in their brief.  When I ask you,

25  in fact, what is the reality, you have to tell me that that's

F7v4Bluc

1   an accurate statement.  But you seem to be trying to charge

2   each other with the opposite rhetoric.  You're trying to say

3   that they say that they're doing sales, and they're trying to

4   say that you say that they're not.  But there is a reality that

5   is different in the way both of you are characterizing it.  I

6   can't just say, well, they misspoke, so you win.  I can't say

7   that to them, either.  You've got to tell me in what way

8   that -- you say that this is an inappropriate set of

9   allegations.  Because when I read this complaint, the

10  conclusion that I have to reach from the factual allegations in

11  the complaint is that, in this 90-day period, their job is to

12  be salespeople, but I'm not sure I hear you arguing that, that

13  their job in this 90-day period is to be salespeople.

14         If I say to you:  Oh, look at that guy standing over

15  there.  What's his job?

16         It doesn't sound like you are saying to me:  Oh, that

17  guy is a salesman.

18         So I'm trying to think about the practical reality.

19         MR. MANDEL:  I understand the disconnect, your Honor.

20  The reason there is a disconnect is because, on the motion to

21  dismiss, we're taking plaintiff's allegations.  As you just

22  noted their allegation is that they are salespeople.

23         THE COURT:  The allegation is that they are involved

24  in some sales.  You are not saying that that in and of itself

25  makes them salespeople?  Are you arguing that?

F7v4Bluc

1          MR. MANDEL:  I'm arguing that their allegations in the

2    complaint is that their primary duty is sales; that they,

3    therefore, qualify for the outside salesperson exemption.

4          THE COURT:  Show me that language that you're relying

5    upon that should be fatal to their claim.

6          Just tell me, where is the handiest complaint?

7          MR. MANDEL:  It is attached as Exhibit A, which is

8    docket 28-1, which is Exhibit A to Mr. Goldstein's affirmation.

9          THE COURT:  Got it.  Okay.  So show me their

10   characterization of these people as salespeople that is fatal

11   to their complaint.

12         MR. MANDEL:  The paragraph 67, your Honor.

13         THE COURT:  Okay.

14         MR. MANDEL:  It says, during the development stage,

15   the development-stage trainees are expected to engage primarily

16   in lead-generation activities.

17         THE COURT:  Right.

18         MR. MANDEL:  Those lead-generation activities are part

19   and parcel of their sales activities.

20         THE COURT:  Wait a minute.  That's not what you just

21   argued.  You said that they said in the complaint that they

22   were salespeople, primarily engaged in sales, and that's what's

23   fatal to their complaint.

24         MR. MANDEL:  The paragraph right above it, your Honor,

25   puts it into context:  The primary duties of all

F7v4Bluc

1    development-stage trainees include inside sales and customer

2    service.

3              THE COURT:  Okay.

4              MR. MANDEL:  So the dispute is, is this inside sales

5    or outside sales based on plaintiff's allegations.

6              THE COURT:  So your argument is, because they phrased

7    it that their primary duties include inside sales, that's fatal

8    to their complaint, so that makes them exempt by definition?

9              MR. MANDEL:  As a matter of law, yes.

10             THE COURT:  I'm trying to understand the extent of the

11   argument.  As they say, the most effective advocacy is to be

12   consistently reasonable.  I am trying to figure out whether

13   your argument is reasonable or unreasonable.  These are not

14   trick questions.  I will flag it for you.

15             If you are saying to me that simply because -- if

16   their job description and their job responsibility does not

17   require sales, if you're arguing to me that simply because if

18   they happen to find somebody who wants to buy something, they

19   have the opportunity to sell them, but they're not required to

20   do that, and that's not the requirement of their job, then I

21   would say that that would be unreasonable for you to say simply

22   because of that in the abstract that that qualifies everybody

23   as an exempt salesperson.

24             What I start out with, always start out with is, what

25   is the job description and what are the job requirements.

F7v4Bluc

1    That's the first thing I ask.  The job description, I don't see

2    where it includes sales.  Does the job description or the job

3    requirement include sales for these employees during this

4    three-month period of time?  Is the answer yes or no?

5             MR. MANDEL:  Does it require sales and does it

6    require --

7             THE COURT:  Does the job description say that part of

8    their job is to make sales, and is the requirement of their job

9    to make a sale?  Is there someplace --

10            MR. MANDEL:  Yes.  It is the page that Mr. Swartz was

11   referring to you before, making a minimum of 25 contacts per

12   day, setting financial profiling appointments.

13            THE COURT:  That's not an executed sale.

14            MR. MANDEL:  It doesn't have to be.

15            THE COURT:  That's the point.  It doesn't have to be a

16   sale.  You just said that.  If the person is a salesperson,

17   then it has to be a sale.  If the person is something else --

18            MR. MANDEL:  But --

19            THE COURT:  I don't see any language.  I understand

20   your argument, that's your argument, that I should interpret

21   that language to mean that they have to accomplish a sale, but

22   I'm not sure that that's what you're urging upon me.  I'm not

23   sure you're saying that that language means that they must

24   accomplish a sale.

25            MR. MANDEL:  But whether they must accomplish a sale

F7v4Bluc

 1    is beside the point.  It is what they're actually doing --

 2              THE COURT:  Right.

 3              MR. MANDEL:  -- and they have pled, and their own

 4    declarations, state that they are engaged in these sales

 5    activities in terms of generating leads and attempting to get

 6    clients to use their services.

 7              THE COURT:  Would you agree with the fact that if

 8    their job description says they have to simply generate leads

 9    short of making a sale, and the requirement for them to

10    maintain that job and move on to the next level is that they

11    generate these leads, but it's not required that they make a

12    sale; that simply because in the three-month period where

13    someone meets all these requirements and creates all of these

14    leads and potential clients and that sort of thing, you say

15    that the person who in that three-month period -- I'm going to

16    give you three people.  I'm going to give you a person who, in

17    that three-month period, accomplishes 100 sales.  Okay.  Then,

18    I'm going to give you a person in that three-month period who

19    does one sale.  And then I'm going to give you a person during

20    that three-month period who does absolutely no sales.  Your

21    argument would be that every one of those individuals is exempt

22    because it is possible that they might do sales, and it would

23    be in their best interests to pursue sales because they're

24    probably going to get a commission on it.  So the fact that

25    they have the opportunity to do sales, even though that's not

F7v4Bluc

1    their job responsibility, job requirement, or job description,

2    that that qualifies them automatically, makes no question about

3    it, that they must be salespeople; so, therefore, they can't

4    sue.

5              MR. MANDEL:  Yes, but with the qualification that I

6    don't think that we're saying that's not part of their job

7    duties.

8              THE COURT:  Where does it say it is part of their job

9    duties?

10             MR. MANDEL:  The points I just explained.

11             THE COURT:  No, you didn't explain.  Where does it say

12   that part of their job duties is to make a sale?

13             MR. MANDEL:  I think I can help by clarifying --

14             THE COURT:  It doesn't say that.

15             MR. MANDEL:  It doesn't specifically say they must

16   make a sale.  One point of clarification --

17             THE COURT:  Slow down.

18             I just want to put that aside.  I don't want us to

19   talk past each other.  You can argue what you say it means.  I

20   can understand that.  But I want to make sure I'm not missing

21   something, that there is something in this pile of papers that

22   I have where the words "salespeople" or "sales" is there and

23   I'm not looking at it.

24             Am I correct?  I haven't found anything that

25   specifically references sales in their job responsibilities or

F7v4Bluc

1    duties because it is not here?  Is that correct?

2              MR. MANDEL:  In the first 90 days, that is correct.

3    There is no minimum requirement that they do any sales.

4              THE COURT:  Okay.

5              MR. MANDEL:  Thereafter, in subsequent periods of

6    their employment during this, there is.

7              THE COURT:  Right.

8              MR. MANDEL:  However -- this is one point I want to

9    make to correct something Mr. Swartz said -- during the first

10   90 days when they're generating leads and doing these things,

11   these development stage employees, they are able to consummate

12   those sales, and in fact they do consummate those sales.

13             THE COURT:  Is there some guidance that is here --

14             MR. MANDEL:  Yes, your Honor.  If you look at the same

15   document that we were referring to earlier, Exhibit C attached

16   to Mr. Swartz's declaration --

17             THE COURT:  Yes.

18             MR. MANDEL:  -- and I apologize, I don't have the ECF

19   number, but it is page 13 of the actual internal document

20   number.  At the top of the page, it says, monthly incentive

21   compensation.

22             THE COURT:  Yes.

23             MR. MANDEL:  The second paragraph says, every month,

24   beginning with the development stage, PMD FAs will be eligible

25   to receive incentives based on the compensation calculated on

F7v4Bluc

1    the PCs -- which are production credits -- generated that

2    exceeds the sum of monthly salary and the prior month's monthly

3    tiered performance award.

4              THE COURT:  Okay.

5              MR. MANDEL:  These individuals are eligible to and

6    they receive compensation from consummating their sales.  The

7    point is, though, in the first 90 days, they have no minimum

8    requirement that if they don't make any sales, they're going to

9    be fired or they are going to be disciplined.  They're just not

10   going to make as much money, and it is, obviously, going to be

11   to their detriment as they progress in their careers if they

12   haven't generated leads, if they haven't established clients or

13   made sales.  It just makes it that much harder.

14             THE COURT:  But the purpose of their job activity

15   during this three months, the purpose is not to generate sales.

16   That's not the purpose.  That's not what they're supposed to be

17   doing.  That's not the purpose of this three-month period, is

18   to see how many sales that they can generate.

19             MR. MANDEL:  Well, the problem is, it is something of

20   a hybrid.  This goes to the conditional certification motion,

21   because the primary duty, what people are actually doing, is

22   different.  Somebody who comes into the program who has never

23   been, has no contact, maybe they were a hermit, and they go

24   through this program, they become a licensed financial advisor,

25   and then they enter the development stage.  That person will

F7v4Bluc

1    have to spend their time trying to find leads, generate

2    contacts, and ultimately consummate sales.

3              THE COURT:  Right.

4              MR. MANDEL:  On the other hand, there are people who

5    join the program with vast networks of people.  Like your Honor

6    said before, people I play basketball with on Tuesday night, I

7    play basketball with a bunch of rich lawyers who I want to turn

8    into clients.  Maybe they all say, hey, Mike, we think you're a

9    great guy, we want to give you all our business as soon as you

10   become a licensed advisor.  So day 1 of development stage, I

11   have 10 guys who are willing to give me their money to handle

12   for them and advise them on how to manage it.  Then, my job for

13   that first 90 days is not making sales.  Then my primary duty

14   is financial advice, finance consulting, and managing these

15   people's wealth.

16             THE COURT:  Where is that laid out as part of their

17   job responsibility?

18             MR. MANDEL:  We don't have all of the documents here

19   because we're on the motion to dismiss and their motion for

20   conditional certification.  We don't have all the official

21   company policies and such.  If you look at the declarations

22   that we have submitted, it shows a variance, that we have

23   submitted declarations from some financial advisors who in the

24   first 90 days already had established client bases, and they

25   have --

F7v4Bluc

1           THE COURT:  Some.

2           MR. MANDEL:  Some, of course.

3           THE COURT:  How does that define everybody --

4           MR. MANDEL:  It doesn't.

5           THE COURT:  -- in that period of time as a

6    salesperson?

7           MR. MANDEL:  It doesn't.

8           THE COURT:  I thought part of your argument for

9    dismissal was that everybody in this -- I guess I really have

10   to point more directly to the plaintiffs because I'm going to

11   separate those issues.  They're two different considerations.

12   If they want me to certify, they've got to show me the

13   commonalty with regard to the clients.  If you want me to

14   dismiss, you have got to show me that Mr. Blum or Mr. Harrison

15   are salespeople.

16          MR. MANDEL:  That's correct.

17          THE COURT:  So what qualifies Mr. Blum as being a

18   salesperson?

19          MR. MANDEL:  Okay.

20          THE COURT:  He doesn't say he is a salesperson.

21          MR. MANDEL:  To clarify, you're right, the motion to

22   dismiss is directed just at Mr. Blum and Mr. Harrison, not at

23   everybody who worked in this position.

24          THE COURT:  Those are two different issues.

25          MR. MANDEL:  Now we go back to the conversation we

F7v4Bluc

 1   were having earlier.  Mr. Blum and Mr. Harrison are salespeople

 2   because that is what they have alleged in their complaint.

 3              THE COURT:  You're relying solely on paragraph 66?

 4              MR. MANDEL:  Not solely paragraph 66.

 5              THE COURT:  Well, give me some more, then.

 6              MR. MANDEL:  Again, paragraph 26, Mr. Blum talks about

 7   attending client prospecting functions --

 8              THE COURT:  You say that is necessarily consummating a

 9   sale or trying to make a sale?

10              MR. MANDEL:  Yes.  It is not consummating a sale, but

11   it is certainly in furtherance, it is directly related to the

12   duty --

13              THE COURT:  What paragraph?

14              MR. MANDEL:  I'm looking at paragraphs 26 through 29

15   for Mr. Blum.

16              THE COURT:  I want you to point me to specific

17   relevant language.

18              MR. MANDEL:  Okay.

19              THE COURT:  What is the language that you say is

20   language in which Mr. Blum is saying I am a salesperson?

21              MR. MANDEL:  Paragraph 26, throughout his employment

22   with defendants, in addition to his regular schedule, Blum

23   attended client prospecting functions.

24              THE COURT:  Well, wait a minute.  You're not saying

25   client prospecting functions is a sale.

F7v4Bluc

1          MR. MANDEL:  It is not a sale, but it is certainly

2     designed to lead towards a sale.

3          THE COURT:  But not necessarily by him.

4          MR. MANDEL:  No, by him.

5          THE COURT:  Client prospecting functions.

6          MR. MANDEL:  That is, for him, to go try to meet

7     prospective clients to turn into his clients.  That's how he is

8     going to make money.

9          THE COURT:  Not during the 90-day period.

10          MR. MANDEL:  Yes, during the 90-day period.

11          THE COURT:  You're saying that attending client

12     prospecting functions is not in furtherance of the job

13     responsibilities that are laid out in the practice management

14     development program, incentive plan, but it is in furtherance

15     of a sale?

16          MR. MANDEL:  Yes.

17          THE COURT:  Let's put it this way:  It says, one of my

18     job responsibilities was to identify and add 2,000 qualified

19     affluent leads to the salesforce.com.  Okay?

20          MR. MANDEL:  Correct.

21          THE COURT:  That's not a sale; right?

22          MR. MANDEL:  It is not yet a sale.

23          THE COURT:  It is not a sale by Mr. Blum?

24          MR. MANDEL:  Not yet.

25          THE COURT:  Mr. Blum says, I attended a client

F7v4Bluc

```
1    prospecting function in order to identify and add a qualified

2    affluent lead.  That has nothing to do with the sale.  That has

3    to do with adding a client affluent lead.

4           MR. MANDEL:  But the point of his adding a client

5    affluent lead is so that he can follow up with that lead and

6    make them a client to make a sale.

7           THE COURT:  Not necessarily.  The point of doing

8    that -- and not primarily -- the point of doing that is so that

9    someone might be able to make this person a client.  It doesn't

10   say that this has to be your individual client.

11          MR. MANDEL:  With due respect your Honor, that's not

12   how it works.  These people are there because they make

13   commissions on sales that they consummate.  No one in this

14   company, quite frankly, is looking to generate a client for

15   another financial advisor.

16          THE COURT:  He's attending a client prospecting

17   function in order to make a sale during this 90-day period?

18          MR. MANDEL:  That is true.  It does not say that.  But

19   he can do that.

20          THE COURT:  Right.  He can.

21          MR. MANDEL:  That, I'm sure, his goal in doing that.

22   That's the only plausible reason he would be doing this.

23          THE COURT:  No.

24          MR. MANDEL:  He wants to make a sale so he can make

25   commissions and make more money.
```

F7v4Bluc

```
 1              THE COURT:  I can't accept that.  The plausible reason
 2     is so that when they are fully qualified to make sales on their
 3     own and they have a book of business that they have a bunch of
 4     prospective clients that they can pursue in maaing that book of
 5     business.  It doesn't necessarily mean that, nor do I think it
 6     is logical, that they're in training, and what you're trying to
 7     get them to do during this 90-day period is to cozy up to a
 8     potential client on day 6 and make a sale on day 7.  That is
 9     not the intent of the 90-day period, is it?
10              MR. MANDEL:  Absolutely, it is.
11              THE COURT:  Where does it say that?
12              MR. MANDEL:  From day 1, they are fully qualified.
13     These are licensed representatives.
14              THE COURT:  You said they're not even expected to make
15     one sale.
16              MR. MANDEL:  That is to give them a ramping-up period.
17     They're not given any minimum standards.
18              THE COURT:  That's not a ramping-up period.  You said
19     to me -- and I accept that -- that they are not required to
20     make a single sale during this 90-day period.
21              MR. MANDEL:  That is correct.
22              THE COURT:  You say, even though none of these
23     employees are required to make a single sale during the 90-day
24     period, they qualify as salespeople because they could make a
25     sale if they wanted to.  That's basically your argument?
```

F7v4Bluc

1           MR. MANDEL:  Yes, because they are trying to make a

2     sale.

3           Go back to the analogy of the vacuum clean salesman --

4           THE COURT:  How do I know they're trying to make a

5     sale?

6           MR. MANDEL:  Because that's how they're going to make

7     money.

8           THE COURT:  No, that's the problem I have.  That's not

9     how they're making money in this 90-day period.  They're

10    getting paid a salary.

11          MR. MANDEL:  And they're eligible for commissions for

12    every sale that they make.

13          THE COURT:  Yeah, but I don't know what percentage of

14    people even made a single sale.  How do I decide that on the

15    face of the complaint?  You're saying that even if the facts

16    turn out to be that 90 percent of the people during this period

17    of time didn't make a single sale, that I should dismiss this

18    complaint because it is possible they could make a sale, that

19    qualifies them as salespeople that are exempt?

20          MR. MANDEL:  Yes, because Mr. Blum and Mr. Harrison

21    have alleged that their duty was inside sales, but the facts as

22    they otherwise allege are that they were making those sales

23    outside.  The fact that they don't actually make a sale, that

24    doesn't remove them from the realm of the exemption.

25          THE COURT:  If that is their job responsibilities,

F7v4Bluc

1    requirements, during that 90-day period, I can understand that

2    but --

3              MR. MANDEL:  But they have alleged that it is, your

4    Honor.

5              THE COURT:  Well, that's what I'm saying.  I have to

6    understand your argument.  Because they have alleged that one

7    of the things that they do or might do during this 90-day

8    period is make a sale, you say that that would itself

9    disqualify them because it makes them an in-house salesperson?

10             MR. MANDEL:  They have not just alleged it is one of

11   the things they do; they have alleged it is one of their

12   primary duties.  They have alleged it is inside sales.  But the

13   other facts that they have alleged --

14             THE COURT:  When you say that the fact they allege

15   that that is their primary duty, are you only relying on

16   paragraph 66?

17             MR. MANDEL:  Yes.  I'm relying on paragraph 66, where

18   they specifically allege the primary duties include inside

19   sales.  I'm not sure that I need to rely on more than that.

20             THE COURT:  It would be helpful if you could rely on

21   more than that.

22             MR. MANDEL:  Also, the statement in plaintiff's reply

23   brief that I pointed to.  They have acknowledged it.  They

24   can't run away from that now.

25             THE COURT:  All right.  You say that simply because

F7v4Bluc

1   they say that one of the things that their primary duties

2   include is an inside sale and customer service, that that in

3   and of itself is a factual allegation that makes it impossible

4   for them to be classified as anything other than an inside

5   salesperson?

6           MR. MANDEL:  Yes, except they're not an inside

7   salesperson.  They qualify for the outside salesperson

8   exemption because the other factual allegations indicate that

9   they are customarily and regularly outside of the office,

10  engaged in these sales activities.

11          THE COURT:  Other than in this courtroom, is there

12  anybody at the company, if I walked into the company and asked,

13  what do these people do, who would say to me, oh, they're our

14  salespeople?  Is there anybody who realistically would say

15  that?  No one would say that.

16          MR. MANDEL:  It is possible.  I couldn't say.

17          THE COURT:  It is not likely they would say that.

18  They're in a three-month training program in which none of the

19  job responsibilities or requirements are they generate sales.

20          If I said, would you direct me to a salesperson,

21  please, they're not going to send me to one of these guys.

22          MR. MANDEL:  Absolutely, they would, your Honor.

23  These are licensed financial advisors who already, at this

24  development stage, they have already been through two or three

25  years of training.  This isn't like they're straight out of

F7v4Bluc

1    college.

2              THE COURT:  And they are identified somewhere in this

3    company as the salespeople?

4              MR. MANDEL:  I can't say that they're identified

5    somewhere as the salespeople.  The job title is not relevant.

6    It is what they're doing.

7              THE COURT:  Right.

8              MR. MANDEL:  What they're doing is --

9              THE COURT:  How do I determine, in fact, that what

10   Blum and Harrison are doing in their day-to-day activity is

11   that they're spending more than 21 hours of their activity

12   generating and pursuing actual sales?  How do I determine that?

13             MR. MANDEL:  Well, first of all, I'm not sure why you

14   used 21 hours as a benchmark.  I don't think there is

15   necessarily any authority for that.

16             THE COURT:  I'm going by what you say that this

17   representation is supposed to mean.  What do you think?  You

18   think that it is good enough to be what, a quarter of the

19   time --

20             MR. MANDEL:  Not necessarily --

21             THE COURT:  -- 10 percent of the time?  How am I

22   supposed to evaluate that?

23             MR. MANDEL:  The cases and the regulations and opinion

24   letters that we have cited say, if you're out of the office a

25   couple of days a week a couple of hours each, that is

F7v4Bluc

1    sufficient.  That is clearly what Mr. Blum and Mr. Harrison

2    have alleged.

3              THE COURT:  Out of the office --

4              MR. MANDEL:  Out of the office engaged in these types

5    of activities.  For example --

6              THE COURT:  Wait a minute.  That's not what you're

7    relying on.  You're relying on their statement that their

8    duties included inside sales.

9              MR. MANDEL:  Right.

10             THE COURT:  That's not outside sales.

11             MR. MANDEL:  But in paragraph 26, Mr. Blum attended

12   client prospecting functions in the evening --

13             THE COURT:  It doesn't say he was pursuing a sale.

14   Wouldn't you agree that that paragraph could apply to every

15   single requirement that he has to meet during this three-month

16   period?  He could be doing that in order to establish one of

17   his 25 contacts.  He could be doing that to spend his minimum

18   seven hours in contact with potential clients.  He could be

19   doing that in furtherance of his attempt to host eight

20   financial profiling appointments.  He could be doing that to

21   identify and add one of his 2,000 qualified affluent leads.  He

22   could be doing that to identify 100 prospects for immediate

23   pipeline.  All of those things independently are not sales.

24             So I'm supposed to read from that that that means he's

25   engaged in sales?

F7v4Bluc

1          MR. MANDEL:  Yes.  I do think so because the

2     regulations state that the activity that is focused on

3     generating one's own sales activities are included as part of

4     outside sales activities.

5          THE COURT:  Where does it say in paragraph 26,

6     generating sales activity?

7          MR. MANDEL:  He called it client prospecting

8     functions.

9          THE COURT:  Okay.  Isn't every one of these bullet

10     points related to that?

11          MR. MANDEL:  Yes.

12          THE COURT:  And those aren't sales points?

13          MR. MANDEL:  Those are all geared towards him

14     generating his own sales.

15          THE COURT:  No, they're geared toward identifying

16     prospective clients for Merrill Lynch.

17          MR. MANDEL:  They're trying to identify clients for

18     that individual financial advisor, not for Merrill Lynch.

19          THE COURT:  Where does it say that?  Clearly, it

20     doesn't say for them to necessarily do that during that 90-day

21     period.

22          MR. MANDEL:  I'm not sure -- not necessarily do what

23     during that 90-day period?

24          THE COURT:  Make a sale.

25          MR. MANDEL:  Correct.  There is no minimum sales

F7v4Bluc

1    requirement.

2           THE COURT:  That isn't even the goal.  The primary

3    goal is not for them to make the sale in the 90-day period.

4    This is a training program.  Sure, if they happened to be the

5    hot salesperson who is advancing as a trainee and can make

6    sales and doesn't even need a training program, of course

7    you're going to let them do that, and they're going to generate

8    it.  But that is not the goal of the 90-day period.

9           MR. MANDEL:  Think of an analogy, your Honor, where

10   you're teaching a kid to ride a bike, and they have 90 days to

11   do it.  So you put training wheels on them.  They're going to

12   ride the bike.  Some kids are going to be able to do it without

13   the training wheels during the 90 days.  That is a goal.

14          THE COURT:  That is not their job.

15          MR. MANDEL:  They want them to ride the bike.  Their

16   job is to learn to ride the bike.

17          THE COURT:  Their job is not to accomplish riding the

18   bike without training wheels during that 90-day period.

19          MR. MANDEL:  That's the goal.

20          THE COURT:  It's not the goal.  That's the point.

21   It's not the goal.  Even on your example, the goal is not to

22   learn to ride a bike in 89 days.  The goal here is not to learn

23   to be able to generate sales within that 90-day period.  The

24   goal is that when you learn those skills and you meet these

25   requirements, then you move on to the next phase.  Then you'll

F7v4Bluc

1    be in a position, so that by the time you're going to make your

2    full-fledged salesperson that you got a book of business and

3    you can hit the ground running.  That is pretty much it.  It

4    isn't that complicated, is it?  Is it an inaccurate way to

5    state that?

6           MR. MANDEL:  I think that is fairly accurate.  That

7    dovetails into the conditional certification motion.  If you

8    look at the range of people in this 90 days, people are doing

9    the job very differently.  Some of them have already learned

10   how to ride the bike, they came into the program knowing how to

11   ride the bike.

12          THE COURT:  Why is that determinative.  Whether they

13   do it differently is not determinative.  What they're supposed

14   to do, what they were required to do and what they have been

15   paid for is determinative.

16          MR. MANDEL:  No, I respectfully disagree, your Honor.

17   What really matters is the job duties that the individuals are

18   actually performing.

19          THE COURT:  How would it make a difference in terms of

20   whether or not they are properly paid or not properly paid?

21          I say to you that I want you to flip burgers at

22   McDonald's for me and I say I'm going to pay you $1 an hour to

23   flip burgers.  Somebody says, you know what, that's not minimum

24   wage.  And they want to sue.  Another guy says, you know what,

25   I flip burgers, too.  But one guy says, well, you know, I flip

F7v4Bluc

burgers with my right hand and you flip burgers with your left
hand, and I cook them for 20 minutes but you only cook them for
15 minutes.  What difference does that make?  What is the
substantive difference that would exclude someone from the
general allegation that, look, I am one of their trainees, this
is what we're all told we're supposed to do, this is what we're
all being paid for.  We should all be paid for doing the job
that they say we're required to do.  And there is no difference
from what those requirements are.

          And let me just add one other thing.  What puts you in
a little awkward position is because you're making the exact
opposite argument that Merrill Lynch was making in California
when you wanted the court to certify a much broader class so
that you could settle the case, and you urged upon the court
that this was a totally appropriate class to certify.  So it is
a little awkward for you to say now, this is ridiculous, how
could anybody think to certify this class, when the much
broader class, Merrill Lynch took the position in California,
that it was appropriate for class certification, and I'm not
even there yet.  So, sure it was appropriate for class
certification if they say, well, you can get out of the case
but it is not now appropriate for conditional certification
when the case wants to move forward.  That is a little awkward
situation for you to be in as their attorney.

          MR. MANDEL:  Maybe it is a little awkward as I'm

F7v4Bluc

1    standing here now listening to you say it, but I don't think

2    so.

3         THE COURT:  Is there a reason why Merrill Lynch

4    thought it was appropriate for a class in California, even a

5    broader class that included these employees and other

6    employees, so they could settle the case, but now they have got

7    an about-face on an even more limited class?  As a matter of

8    fact, a class that they fault against, you included.  You said

9    it was appropriate to dump all these people in the same boat.

10        MR. MANDEL:  Well, I think your Honor would recognize

11   the practical reality of trying to settle a case versus

12   litigating a case.

13        THE COURT:  I do.

14        MR. MANDEL:  Obviously, when we are settling the case,

15   everyone is trying to work together towards an appropriate --

16        THE COURT:  I understand that.  I understand greater

17   the practical reality of what the judge is faced with.  The

18   judge is faced with, not a practical reality that just because

19   you think this is in your financial best interest that the law

20   should be bent to accommodate that.

21        MR. MANDEL:  Right.

22        THE COURT:  The Court looked at it and said, wait a

23   minute, this doesn't make sense.  The Court disagreed with you

24   and said it didn't make sense.  I think it is just that to now

25   be in a position to say, well, you know, we just changed our

F7v4Bluc

1    mind because now it is not to our advantage is a little awkward

2    in terms of my making an independent assessment of whether or

3    not at least conditionally this is a proper class.

4           What is it that you say is different between Mr. Blum

5    and your hypothetical non-common employee that would make a

6    difference in terms of a class-wide determination of whether or

7    not they are being properly paid?

8           Because I don't hear you say that.  I hear you say, in

9    one instance, well, everybody does it a little different.

10   Then, I hear you on the other side saying, well, you know,

11   they're all just a bunch of salespeople.

12          MR. MANDEL:  First of all, one of the differences is

13   the plaintiffs, for Mr. Blum and Mr. Harrison, they essentially

14   claim they were inside salespeople.  They sat inside and cold

15   called people and tried to generate these leads.  They never

16   made any sales, and that was their job.

17          THE COURT:  Okay.

18          MR. MANDEL:  On the other hand, we have presented

19   declarations and evidence from people who described that that

20   was not how they performed the job.  As Mr. Swartz acknowledged

21   earlier, Merrill Lynch gives people wide latitude to perform

22   the job as they see fit.  Financial advisors are essentially

23   entrepreneurial.  They are given these incentive compensation

24   guidelines and then told, go ahead and try to bring in

25   business, and that's how you're going to make money.

F7v4Bluc

1              THE COURT:  Wide latitude to do the job as they see

2         fit is not the determinative factor --

3              MR. MANDEL:  No --

4              THE COURT:  -- as to whether or not they have a claim,

5         whether or not they have a common claim.

6              MR. MANDEL:  I understand.  Well, it is whether they

7         have a common claim because --

8              THE COURT:  Why would one win and the other lose?

9         That is what I'm trying to understand.

10             MR. MANDEL:  Sure.  Because if Mr. Blum and Harrison

11        are correct and the evidence is that they just sat in the

12        office cold calling people all day and that was all that they

13        did, and then you contrast that with some of the declarations

14        of people that we submitted that indicate that there were

15        people that spent all of their time or a vast majority of their

16        time outside of the office meeting with clients and developing

17        business and consummating sales, there could be no question

18        that those latter people are exempt under the outside

19        salesperson exemption, while Mr. Blum and Mr. Harrison, if

20        their allegations are to be believed, would not qualify for the

21        outside salesperson exemption because they're so-called inside

22        salespeople.  That's a critical distinction between the people.

23             THE COURT:  The problem that you give me is that all

24        you give me is a factual dispute.  You don't say that this is

25        what was required of them.  You don't say, this is what they

F7v4Bluc

1    were being paid to do.  You don't say, this is what they were

2    required to do or this is how we defined their job.  You're

3    just saying that we said you got to do A, B, C, and D, and we

4    gave them a little latitude about how they do it.  I mean,

5    whether or not that is going to put some people in the class

6    and not put some people in the class, quite frankly, I'm not

7    sure legally that would do that, simply because you say to me

8    that I put it in a basic employment situation.  Just because

9    you say to me that, okay, well, you make deliveries for our

10   restaurant, you can use your car, and if you want, you can use

11   your bicycle.  What difference does it make?  It is not part of

12   the job requirements, responsibilities, duties.  There is

13   nothing that you even imply that is in the job description that

14   would set limits, goals, direction as to how they're supposed

15   to individually do that.

16          So the real question is:  Well, what are you hiring

17   them to do?  See, the thing you say that, okay, I've got these

18   other affidavits, and these people are out there running around

19   outside doing sales calls.  Then, I ask you:  Well, is that

20   their job?  You say:  Well, not really.  They don't have to do

21   that.  That's not what we're paying them for because they could

22   sit in the office and do the cold calls.  They cannot generate

23   any sales.  That's not what we are paying them for.  That's not

24   the job classification that they're in.  The job classification

25   that they're in is that they have to generate leads.  End of

1   story.  We don't require them to do anything.  If they generate
2   leads, they have earned their pay.  That is what you say to me.
3   You said:  Well some, generate leads and make sales.  Some
4   generate their leads in the office.  Some generate their leads
5   out of the office.

6          Well, I mean, yeah, that may make a difference if it
7   can be demonstrated that as the class is defined and as the
8   commonality shows that of the 10,000 -- and I'm sure it is more
9   than that or maybe not more -- of the 10,000 workers, 9,000
10  fall into the class.  Well, that doesn't mean I don't certify
11  the class because you have a few people or a thousand people
12  who you say, well, they work from home.  Okay, they might not
13  be in the class if we have to define the class more
14  specifically.  But I'm still not sure how the class is being
15  defined that excludes these people who say, yeah, I work both
16  in the office and outside of the office, so I'm a salesperson.
17  So if Mr. Blum recovers, I know I'm not going to recover
18  because I work outside the office.

19         Well, they might say to themselves, wait a minute, you
20  know what, just because I worked outside the office, I worked
21  outside the office but I didn't know I was supposed to be paid
22  more.  They didn't tell me to work outside the office.  They
23  said, do what you got to do.  They say, you have to meet these
24  job responsibilities.  I met these job responsibilities, and
25  they required that I generate these kinds of leads.  I

F7v4Bluc

1    generated the same kinds of leads.

2            I don't remember all of the details of the employees

3    that you gave, but I mean the example that a person may have

4    done leads outside the company still doesn't tell me whether or

5    not that is going to exclude them from a class of employees

6    whose job it is to generate leads and not necessarily make

7    sales.  And it doesn't tell me how much sales they're making,

8    how much time they're pursuing sales.  I mean, those are

9    factual issues.  As I say, I assume that it didn't exclude them

10   from being in the settling class because there was some

11   incentive to settle the case.  It still doesn't change the

12   legal analysis for either me or the judge in California as to

13   whether or not they are properly in a class and whether or not,

14   at least to the limited extent consistent with the judge in

15   California's position, that maybe this more limited class.  I

16   mean, I can understand the idea that, look, you can't lump the

17   actual later salespeople in the same class as the trainees.  I

18   think that was more the issue for California than the issue

19   that we're dealing with.  I just don't understand what the

20   argument would be that I can make a determination that the

21   plaintiffs' allegation clearly make that salespeople and that

22   their allegations can't qualify as to numerosity, commonalty,

23   and all the other factors that will have to be examined later

24   and not now because I have a few people who say, well, that's

25   not the way I did it, even though we all had the same job

F7v4Bluc

1    requirements, same job description, and the same job

2    expectations by the employer.  Those are the issues that I

3    have.

4              Go ahead.  I'm sorry.

5              MR. MANDEL:  Thank you, your Honor.

6              I think it is important to keep in mind that the

7    ultimate issue in the case, whether people were properly exempt

8    or not exempt, is a focus on the actual job duties that they

9    performed.  While the distinction between inside and outside

10   may seem somewhat artificial, that is a distinction that the

11   legislature and the Department of Labor has drawn.  While it

12   may seem silly to us that, well, someone sitting on a phone

13   making calls is non-exempt but someone who goes outside and

14   goes and meets with clients is exempt for doing the same thing.

15   That's what the law is.

16             THE COURT:  No, the law is not that.  The law focuses

17   primarily on what the requirements of the job are and what the

18   expectations are of the employer as to what the client is being

19   paid for and how it is described.  And you can't just simply

20   say that no, it is not part of the job description, it is not

21   there, it is not what they say they're paying you for, but they

22   allowed me to do it that way, and that's supposed to be

23   primarily determinative over how you describe the job.

24             Let's go back to my simple McDonald's example.  Okay?

25             MR. MANDEL:  Can we do flipping pizzas?  I like pizza

1    better.

2            THE COURT:  McDonald's is easier because they have

3    different products than just pizza.

4            If I said to you, look, you advertised this job as a

5    cook.  All right?  And I said, okay, yes, we need somebody to

6    cook hamburgers.  Do you have experience cooking hamburgers?

7    Yes.  We also have some other jobs cooking French fries and

8    cooking fish, but we're looking for a guy who can cook some

9    hamburgers.  So I hire you.  And I say, your responsibility is

10   to cook hamburgers, but here's your job description.  It says

11   you got to work in the kitchen, and this is how much you're

12   going to get paid X, Y, and Z.  Then I hire another guy.  The

13   other guy, I say, okay, we're looking for somebody to cook

14   French fries.  But this is really the job description.  You're

15   a cook.  When you get here, that's the way we're going to

16   assign you.  This is the way we want you to do it.

17           Your theory would be that even though I hired both of

18   these people as a cook, even though I paid them exactly the

19   same salary, even though the job requirement doesn't say

20   anything about whether you cook French fries or hamburgers,

21   that once they get there, if one is cooking French fries and

22   the other one is cooking hamburgers, they can't be in the same

23   class --

24           MR. MANDEL:  Well --

25           THE COURT:  -- because they do it differently.

F7v4Bluc

1              How is that determinative?

2              MR. MANDEL:  Let me take the analogy and expand it

3     further.  You hire somebody to work at McDonald's, and you say

4     their job is to sell French fries.  You have one of those

5     employees comes in, and he stands at the counter, and he sells

6     French fries at McDonald's, and then the other employee takes

7     those French fries and he goes door to door and knocks on doors

8     and says, hey, would you like to buy some French fries.  That

9     second person, he is exempt from overtime.  He is an outside

10    salesperson.

11             THE COURT:  No.

12             MR. MANDEL:  It does not depend, your Honor, I

13    respectfully disagree --

14             THE COURT:  No, it depends on whether that is his job,

15    to go out and go to places and sell French fries.  You can't

16    let the employee define the job.  The employee doesn't define

17    the job; the employer defines the job.

18             And also, let me concede you the point, you may be

19    right, it may ultimately turn out to be that despite the lack

20    of specificity that directs the employee to these

21    responsibilities, if you ultimately show that 90 percent of

22    these people are running around the street making sales, you

23    might have such an argument, but you don't have such an

24    argument now based on their complaint.  How am I supposed to

25    determine that?  I'm supposed to say, because you have a couple

F7v4Bluc

1    of people who say that they were outside salespeople?  You're

2    not even alleging that that is what most people are doing.  You

3    don't say, Judge, they can't meet the standard here because

4    Mr. Blum goes out and he does his calls from outside, he

5    doesn't do cold calling in the office.  And they can't meet

6    commonality because we're going to demonstrate that of the

7    10,000 people that we employed to do this, 9,000 of them are

8    running around in the streets doing sales.  Even if you were to

9    say that, I would say to you, well, okay, that's a factual

10   dispute.  That doesn't seem to be where you are.

11           You're saying that I should say that Blum and Harrison

12   don't have a cause of action because they made a general, vague

13   statement that their job responsibilities included inside cold

14   calling.  I'm not even sure if you're saying that the inside

15   cold calling would preclude their lawsuit.  Are you saying

16   that?

17           MR. MANDEL:  No.  If they were doing inside cold

18   calling, that would not preclude their lawsuit.  Our point,

19   though, is --

20           THE COURT:  That is what paragraph 66 says that you're

21   relying upon.

22           MR. MANDEL:  Correct.

23           THE COURT:  That doesn't save you.  That doesn't toss

24   out their complaint because they have given me a statement that

25   automatically would say that they could not have a cause of

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

F7v4Bluc

1    action.

2              MR. MANDEL:  But they have other allegations that

3    acknowledge that they were doing sales activities outside of

4    the office.

5              THE COURT:  I will give you one final shot at showing

6    me where those allegations are about sales activity in the

7    complaint that are outside of the office.

8              MR. MANDEL:  The same as I said before.  I have

9    nothing new to add on that.

10             THE COURT:  You said there's other places.

11             MR. MANDEL:  Other than that paragraph 66.

12             THE COURT:  Other than 66, which you already concede

13   talks about inside --

14             MR. MANDEL:  Correct.

15             THE COURT:  -- sales activity, which you say wouldn't

16   disqualify.

17             MR. MANDEL:  The fact that they call it inside sales,

18   that's a legal conclusion.  They acknowledge they do sales.

19   There is no dispute that they do sales.

20             THE COURT:  You don't say inside sales would dismiss

21   this complaint.

22             MR. MANDEL:  Inside sales would not; outside sales

23   would.

24             THE COURT:  It doesn't say outside sales.

25             MR. MANDEL:  Yes, but in paragraphs 26 and --

F7v4Bluc

```
 1            THE COURT:  26.

 2            MR. MANDEL:  -- 29, where it talks about attending

 3    client prospecting functions, those are the outside sales

 4    activities that we argue --

 5            THE COURT:  That may be outside sales activity, but it

 6    doesn't say outside sales activity.  You claim it is outside

 7    sales activity.  It doesn't say it is outside sales activity,

 8    and it is just as consistent with non-sales activity; isn't it?

 9            MR. MANDEL:  I don't believe so, no.

10            THE COURT:  Do you think every one of these bullet

11    points qualify as sales activity legally?

12            MR. MANDEL:  If they are doing these activities

13    geared towards --

14            THE COURT:  I didn't ask you that.  Because it doesn't

15    say they did this activity geared toward making the sale.  It

16    says, these are my job responsibilities.  That is a good "if."

17    If you demonstrate that, you may win, but that is not what they

18    say.  They don't say, I'm required to do these things so I can

19    make sales.  It says, I'm required to do these things.  And the

20    things in 26 and 29 are ways that you can do these things, and

21    they're ways that you could do sales, but it's ways you can do

22    non-sales.  Right?

23            MR. MANDEL:  Yes.

24            THE COURT:  I mean --

25            MR. MANDEL:  But when you read it in context with
```

F7v4Bluc

1    page 13 of that same document, where it says they're going to

2    receive incentive compensation for transactions that they have

3    originated --

4              THE COURT:  Right.

5              MR. MANDEL:  -- clearly the reason that they're doing

6    these 25 contacts per day, etc., etc., is to ultimately earn

7    these commissions.

8              THE COURT:  No.  It just means that in doing these

9    things, obviously the ultimate goal or what they're being

10   trained to do, the hope is in the future they will have a book

11   of business and do it.  If they happen to stumble upon a sale,

12   they're going to get a commission.  That's basically what it

13   says.  It doesn't say that they're required to, expected to.

14   It doesn't say they're hoped to.  It says, if they do happen to

15   get a sale right away, then logic dictates that they should get

16   a commission for it.  That's not their job.  Their job is not

17   to generate commissions.  Is it?  They're not being paid to

18   generate sales.  That may be part of the activity.  Okay.  All

19   right.

20             Is there anything else that you need me to look at?  I

21   want to find the language.

22             MR. MANDEL:  No, I think --

23             THE COURT:  I think I understand the argument, but the

24   language isn't as stark as you say --

25             MR. MANDEL:  Sure.  Let me go back for a second to

F7v4Bluc

1    what we were talking about.  You were talking about the

2    expectations of the job and if somebody just happens to do

3    something.  I think the case law and the regulations are very

4    clear that the focus is on the actual duties performed, not

5    necessarily on the employer's expectations.

6              THE COURT:  You used the wrong term.  You said

7    "duties."

8              MR. MANDEL:  Correct.

9              THE COURT:  A duty is something that you're required

10   to do.

11             MR. MANDEL:  Right.

12             THE COURT:  The actual things that you're required to

13   do.  You've given me things they're not required to do.

14             MR. MANDEL:  I'm talking about what they actually do.

15   The things that they actually perform.  How they perform their

16   job --

17             THE COURT:  I think you said it right the first time.

18   It's got to be their duties, got to be a duty of the job.

19             MR. MANDEL:  Even if they happened to accidently

20   perform the job in a way that was exempt, that would make them

21   exempt.

22             THE COURT:  I can listen to that argument based on a

23   factual scenario before me if you want to make that argument.

24   I'm not quite sure whether or not I would buy that argument,

25   but I would make that argument, but that is a factual

F7v4Bluc

1    determination.  That is not a pleading problem.

2          MR. MANDEL:  Sure, but for purposes of the conditional

3    certification motion, plaintiffs have presented evidence that

4    some people perform the job in one way.  We have presented

5    evidence that other people perform the job in a different way.

6          THE COURT:  And they have alleged --

7          MR. MANDEL:  The way the other people perform the job,

8    whether consistent with the job description or just accidently,

9    they're performing the job in a way that would make them

10   exempt.

11         THE COURT:  Okay.  They have alleged that this is the

12   way that most or all of those people perform this job.  When I

13   look at the job description, there is nothing inconsistent

14   about that.  They say, look, we do cold calls in the office,

15   and that's it, and we're not salespeople, we're just supposed

16   to generate these leads.  Well, when I look at, as you say, the

17   duties of the job, it doesn't say that they have to be

18   salespeople.  And you respond that I have a few people who say

19   that that is not the way they did their job.  Well, that's fine

20   and dandy, but what they do does not change what the job duties

21   are as you have laid them out, and the job duties as you have

22   laid them out is just as consistent, if not more consistent,

23   with what the plaintiffs say that in their experience that

24   everybody is pretty much doing the same thing, and they

25   demonstrated that everybody pretty much is being given a manual

F7v4Bluc

1   that tells them what to do.  It is not a manual A and a manual

2   B; it is just manual A.  Everybody is supposed to comply with

3   manual A.  How they comply with manual A and what variations

4   there are may or may not be significant if you can demonstrate

5   that even though the job description isn't being a salesperson

6   but you can demonstrate that most of these people, if not all

7   of these people, but at least the named potential

8   representative plaintiffs are salespeople.  Well, if that can

9   be demonstrated, they lose, and they get decertified.

10         At this stage, I don't know how I'm supposed to

11  resolve that just reading into the language that you pointed to

12  me to, to conclude that they must be talking about outside

13  sales activities, so they don't have a claim, and that most

14  people who they are similarly situated with.  I'm not quite

15  sure whether your argument is that they're all in the same boat

16  because they're outside salespeople or they're all in different

17  boats.

18         MR. MANDEL:  They're all in different boats.  They're

19  all in different boats.  That's our argument.  While Mr. Blum

20  and Mr. Harrison may be sitting in an office cold calling and

21  that's all they are doing, as I said, we have presented

22  evidence that there are other people that are outside.

23         THE COURT:  Okay.

24         MR. MANDEL:  Further, we haven't even talked about the

25  administrative exemption.  Mr. Swartz was saying the

F7v4Bluc

1  full-fledged financial advisors.  We're not challenging them.

2  We're not saying full-fledged financial advisors are exempt

3  under the administrative exemption.

4           THE COURT:  You really claim that these people are

5  financial advisors in this 90-day period?

6           MR. MANDEL:  Yes.  They are licensed by FINRA.  They

7  have the same rights that any other full-fledged --

8           THE COURT:  That doesn't define their job.  You may be

9  a rocket scientist, but that doesn't define your job.  You're

10 here acting as a lawyer.  I don't know what other skills you

11 have.

12          MR. MANDEL:  Very little.

13          THE COURT:  So you're saying to me that because

14 they're licensed, even though their job responsibilities and

15 duties and requirements are not to make sales -- you don't

16 claim that this job that they're in is a job in which they're

17 hired and paid to give financial advice?

18          MR. MANDEL:  It is.

19          THE COURT:  Give me an example of the financial advice

20 that this job is paying them to give.

21          MR. MANDEL:  A retiree who has significant assets to

22 invest, a financial advisor would tell them where and how to

23 invest those assets to best provide --

24          THE COURT:  Where in the job description or the

25 description of what they're trying to accomplish during this

F7v4Bluc

1    90-day period that is laid out, that they're supposed to give

2    financial advice during this period?

3              MR. MANDEL:  If you look at Exhibit D to Mr. Swartz's

4    declaration, this is essentially a marketing brochure that

5    describes what the financial advisors do --

6              THE COURT:  Right.  You think that when it says,

7    become a Merrill Lynch financial advisor, that the people that

8    they are describing are the trainees during this 90-day period?

9              MR. MANDEL:  Yes.  If you look at page 7 -- again, I

10   don't have the ECF number.  It is page 7 of the actual

11   document.  It describes the five distinct stages.  At the top

12   of the page, it says, is the PMD program right for you?  And

13   then it describes some of the things that go on during the

14   development stage.

15             THE COURT:  Wait a minute.  I'm sorry.  Page 5?

16             MR. MANDEL:  Page 7.  It says:  Is the PMD program

17   right for you?

18             THE COURT:  Page 7, okay.  Is the PMD program right

19   for you?  Go ahead.

20             MR. MANDEL:  If you look at the bullet points under

21   development stage, it says Merrill Lynch production number

22   assigned.  That means that they are then eligible to get

23   commissions for anything that they generate.

24             Then, it talks about products and solutions training,

25   client acquisition skills training --

1          THE COURT:  We're talking here about the development

2    stage, right, the next three lines?

3          MR. MANDEL:  Correct.

4          THE COURT:  Where does it say here that during those

5    three months they're going to be paid to be financial advisors?

6          MR. MANDEL:  Well, it doesn't say that specifically.

7    It is encompassed in all the documents.

8          THE COURT:  It can't be encompassed in all the

9    documents.  You have to show me where it says this.  Where does

10   it say this?  It is encompassed where?  In what language?

11   Where does it say that their job responsibilities -- I'm not

12   even sure that is a logical thing to say.  You're saying to me

13   that their primary job responsibility during this 90-day period

14   is to give financial advice to Merrill Lynch clients?

15         MR. MANDEL:  For those financial advisors who already

16   have clients, that is their primary job responsibility.

17         THE COURT:  No, no, no, no.  You can't say it that

18   way.

19         MR. MANDEL:  That's the truth.

20         THE COURT:  No, I'm saying, people like Mr. Blum and

21   Mr. Harrison say that most people in the same situation I'm in,

22   we are in the 90-day training program.  Under what argument,

23   based on these papers, am I supposed to conclude that Mr. Blum

24   and Mr. Harrison don't have a cause of action because they are

25   paid financial advisors hired by Merrill Lynch and that is

F7v4Bluc

1    their primary job responsibility, to give financial advice?

2              MR. MANDEL:  In looking specifically at Mr. Blum's and

3    Mr. Harrison's complaint, if you go back to paragraph, 66, one

4    of their primary duties they described as customer service.

5              THE COURT:  I have had customer service, as you say,

6    at the pizza parlor, as well as Merrill Lynch.  The definition

7    of "customer service," in my dictionary, doesn't say financial

8    advisor.

9              MR. MANDEL:  In this context, when you're talking

10   about Merrill Lynch, which is a wealth management company, that

11   is the service they're providing, is to deal with customers and

12   their issues --

13             THE COURT:  That's the service that full-fledged

14   financial advisors are providing.  I'm trying to figure out

15   where it is the trainees that are being paid to primarily

16   provide financial advice.

17             MR. MANDEL:  That is part of the issue with the

18   conditional certification, is the primary duty of how these

19   financial advisors in the development stage are performing

20   their job, it may be different for each person.  Some of them,

21   their primary duty is trying to make sales and get clients.

22             THE COURT:  No, that's not true.

23             MR. MANDEL:  Some of them are providing advice because

24   they already have clients.

25             THE COURT:  No, you don't require some to provide

F7v4Bluc

1   advice and some others not to provide advice.

2           MR. MANDEL:  Those that have clients are providing

3   advice.

4           THE COURT:  I know, but that is not a job requirement

5   I don't think even any of your other employee affidavits say

6   that they are financial advisors who are giving financial

7   advice to clients.

8           MR. MANDEL:  No, they do, your Honor.

9           THE COURT:  All right.  Who says that?  And quote that

10  to me.

11          MR. MANDEL:  I'm looking at what is document 72, which

12  is the declaration of Donna Joyner.

13          THE COURT:  What is attached to that?

14          MR. MANDEL:  It is a standalone document.  It was

15  filed all by itself.

16          THE COURT:  Declaration of?

17          MR. MANDEL:  Donna Joyner.

18          THE COURT:  Okay, donna Joyner.

19          I have 11 declarations; is that correct?

20          MR. MANDEL:  Each better than the last, yes.

21          THE COURT:  Donna Joyner, where does she say that her

22  job is to be a financial advisor?

23          MR. MANDEL:  Paragraph 8 says, while in the

24  development stage of the PMD program, I estimate that I spent

25  85 percent of my time providing advice to existing clients.

F7v4Bluc

1          THE COURT:  Okay.

2          MR. MANDEL:  If you read above, paragraph 6, for

3     example, talks about how she obtains an in-depth knowledge

4     about clients' financial profile.

5          THE COURT:  Okay.

6          MR. MANDEL:  And then she helps determine what

7     financial products are appropriate for that client.

8          THE COURT:  You say that every single person who is in

9     this training program is exempt because they all provide

10    financial advice?

11         MR. MANDEL:  Not necessarily.  What I'm saying is

12    that --

13         THE COURT:  How is Blum excluded?

14         MR. MANDEL:  Apart from the outside sales exemption --

15         THE COURT:  You're saying the plaintiffs don't have a

16    case.  In my recollection, this is in furtherance of your

17    motion to dismiss, not in furtherance of your opposition to

18    certification.

19         MR. MANDEL:  Well, it is in support of both.  On the

20    motion to dismiss, we're relying on Mr. Blum and Mr. Harrison's

21    allegation that one of their primary duties was customer

22    service.  In the context of financial services, customer

23    service is an exempt administrative duty.  So, in our view,

24    they are exempt under the administrative --

25         THE COURT:  Regardless of what the nature of that

F7v4Bluc

1    customer service is?  It's got to be financial advice.

2             MR. MANDEL:  Correct.

3             THE COURT:  You said that there is no other definition

4    in Merrill Lynch of customer service other than providing

5    financial advice.

6             MR. MANDEL:  Not that a financial advisor would

7    provide, no.

8             THE COURT:  You say Mr. Blum is a financial advisor.

9             MR. MANDEL:  Correct.

10            THE COURT:  And Mr. Harrison is a financial advisor.

11            MR. MANDEL:  Correct.

12            THE COURT:  Where does it say that?

13            MR. MANDEL:  That Mr. Harrison and Mr. Blum are

14   financial advisors?

15            THE COURT:  Yes.

16            MR. MANDEL:  They call themselves in their complaint

17   development stage trainees, but within the company and if you

18   look -- actually, at least with respect to Mr. Harrison, we've

19   got -- let's see.  I'm sorry.

20            THE COURT:  You say all development stage trainees are

21   financial advisors at the time?

22            MR. MANDEL:  Yes.  Within the company, they are called

23   PMD -- which is practice management development -- financial

24   advisors.

25            THE COURT:  Okay.

F7v4Bluc

1        MR. MANDEL:  Mr. Swartz was talking about the Reiburn

2   case earlier.  So before someone is licensed, they're called a

3   financial advisor trainee because they're not authorized to

4   give financial advice.

5        THE COURT:  Are they being paid to give financial

6   advice?  Is that the nature of their responsibilities?

7        MR. MANDEL:  I'm sorry.  The trainees or the --

8        THE COURT:  The trainees.

9        MR. MANDEL:  The trainees are not.  They are training.

10  They are not yet registered and licensed.

11       THE COURT:  Aren't these people, trainees --

12       MR. MANDEL:  Mr. Blum and Mr. Harrison, they are now

13  financial advisors.  They have obtained their licenses, and

14  they are eligible legally and otherwise to provide financial

15  advice.

16       THE COURT:  They are no longer trainees?

17       MR. MANDEL:  They are not.  They are PMD financial

18  advisors.

19       If you look at paragraph 1 of the complaint, it calls

20  them former financial advisor trainees, but that is not

21  accurate within the parlance of the company.  They refer to

22  them as PMD financial advisors.

23       THE COURT:  Even if a PMD gives no financial advice,

24  they are not required to do so, and if they meet all of the

25  other requirements in terms of their performance during this

F7v4Bluc

1    period of time, they will still get the same salary as a person

2    who may have given financial advice on one occasion or given

3    financial advice on a hundred occasions?

4             MR. MANDEL:  They would get the same salary.  They

5    would not receive the same incentive compensation or

6    commission.

7             THE COURT:  You don't get commission just for

8    providing financial advice.  You get commission for making a

9    sale.

10            MR. MANDEL:  Right, but oftentimes the financial

11   advice will result in some transaction that triggers a

12   commission.

13            THE COURT:  Right.  But you're making it broader.

14   You're saying they're exempt not because they're just making

15   sales.

16            MR. MANDEL:  Correct.

17            THE COURT:  You're saying they are exempt even if they

18   didn't make a sale because they gave financial advice.

19            MR. MANDEL:  You were asking whether they would be

20   paid the same.  I'm saying, those two people would receive

21   different compensation because one has clients and he is

22   providing him financial advice, he would be receiving some

23   additional compensation as a result of that.

24            THE COURT:  Not necessarily.

25            MR. MANDEL:  It's true, not necessarily.  If someone

F7v4Bluc

1    just calls their financial advisor and says, hey, what do you

2    think about Apple stock, that's not necessarily going to change

3    their commission.

4              THE COURT:  Or if I say, you think you ought to buy me

5    some Apple stock and the person says no.

6              MR. MANDEL:  Correct.

7              THE COURT:  That can qualify as financial advice but

8    you're not generating sales --

9              MR. MANDEL:  Correct.

10              THE COURT:  -- and it wouldn't generate a commission.

11              MR. MANDEL:  Correct.

12              THE COURT:  Financial advice doesn't generate a

13    commission; only a sale generates commission.

14              MR. MANDEL:  Well, that is not exactly true because

15    some of the financial advisors have accounts where they are

16    managing an entire portfolio, and then they get a percentage of

17    the assets within that portfolio, and then all the advice that

18    they give is encompassed within that.

19              THE COURT:  During this three-month period?

20              MR. MANDEL:  Yes.

21              THE COURT:  I assume that's the exception, not the

22    rule.

23              MR. MANDEL:  I couldn't say, but I would assume as

24    much.

25              THE COURT:  Okay.  Let's wind up.

F7v4Bluc

1          MR. MANDEL:  I guess just a couple of other points

2      about the conditional certification.  I just want to emphasize

3      that the Second Circuit has said in the Myers v. Hertz case,

4      reaffirming what the U.S. Supreme Court has said, that

5      conditional certification is not a right.  Conditional

6      certification is not even contemplated necessarily in the

7      statute itself, and it is certainly not required in every case

8      or even in any case.

9          Conditional certification is a case management tool

10     that is to the Court's discretion when it is appropriate.

11     Based on the diverse circumstances of the different plaintiffs

12     and the opt-ins, potential opt-ins, and the declarations that

13     we have presented, this isn't such an appropriate case.

14         The primary duties of people, as we have discussed, we

15     think are going to differ.  The declarations we have submitted,

16     when you look at them compared to Mr. Blum and Mr. Harrison,

17     the primary duties may be different, and even if someone within

18     that, if we start looking at the outside sales exemption, maybe

19     people who qualify for it because they're outside, maybe people

20     that don't because they're inside.  The administrative

21     exemption, there may be people who are giving the financial

22     advice who have more clients in this 90-day period, and so they

23     qualify for the administrative exemption because they're akin

24     to full-fledged financial advisors; whereas, someone who

25     doesn't have any clients and isn't providing advice don't

F7v4Bluc

1    qualify for that exemption because they're not really doing

2    that work.

3              THE COURT:  I can't see that if the job is the same,

4    if the job description is the same, the duties are the same,

5    and the requirements and the pay is exactly the same and the

6    title is exactly the same.  I can't see how you're going to

7    prevail on an argument that even though, in the abstract, if I

8    came to you and asked you to tell me about the job duties and

9    responsibilities and requirements, that you would tell me

10   something that would be uniform to every single person who is

11   in that training period and that they're paid -- other than

12   commission -- their pay is not going to change based on any of

13   these factors.  So it is a little awkward to me to try to guess

14   what kind of scenarios you're going to give me that is going to

15   preclude everyone being either, as you say, pretty much kicked

16   out together or pretty much having a claim together.

17             MR. MANDEL:  We're not saying that.  We're not saying

18   that everybody was classified properly as exempt or everybody

19   was non-exempt.  That's the whole point.  There is no

20   uniformity.  Everybody is different.

21             The point of the collective action or a Rule 23 class

22   action is so that we can ultimately adjudicate all of this in

23   one fell swoop.  That is impossible here because the evidence

24   that was already in front of the Court shows there are some

25   people that could qualify for outside sales exemption, there

F7v4Bluc

1    are some people who could qualify for the administrative

2    exemption, and maybe there are others who qualify for no

3    exemption.  There is going to be no way to tell short of

4    individual evidence for each person about how they performed

5    their job, where they performed their job, the level of

6    discretion they exercised with respect to the administrative

7    exemption.  It is just impossible.

8            There was a court in the Southern District in the

9    Guillen v. Marshalls case, which is 841 F.Supp.2d 797, and it

10    denied conditional certification and noted that it would be a

11    waste of the court's and the litigants' time and resources to

12    notify a large and diverse class only to later determine that

13    the matter should not proceed as a collective action because

14    the class members are not similarly situated.

15            That's precisely what we have here.

16            THE COURT:  What are the number of individuals at any

17    given time that's in this three-month period?

18            MR. MANDEL:  I think the total group, if you go back

19    three years from now, is a couple thousand people, probably two

20    thousand people.

21            THE COURT:  For the whole relevant time period --

22            MR. MANDEL:  Yes.

23            THE COURT:  -- or at any one given time?

24            MR. MANDEL:  No, for the whole relevant time period.

25            THE COURT:  It's about two thousand?

F7v4Bluc

1          MR. MANDEL:  That's my best estimate.

2          THE COURT:  At any given time, how many people would

3      be in the program?

4          MR. MANDEL:  Probably a few hundred.  I really don't

5      know that off the top of my head.  I apologize.

6          THE COURT:  I'm just trying to get a feel for it.

7          MR. MANDEL:  I think, ultimately, the entire group

8      that we're talking about, if you granted this motion and notice

9      was sent out, it would be to a couple thousand people.

10         As I said, I don't think it is appropriate.

11     Mr. Swartz talked about how it would be unfair to people to not

12     give them notice of this lawsuit.  But if there are people out

13     there who already feel like they have somehow been harmed or

14     wronged and they should have been paid overtime, they're

15     certainly free to go find their own lawyer and bring claims,

16     but they haven't.  In a case such as this where there is going

17     to be such diverse circumstances --

18         THE COURT:  That is the argument to be made in any

19     class.

20         MR. MANDEL:  I think it is particularly true here

21     where there are several exemptions that are at issue.  There is

22     already evidence before the Court about people performing the

23     job in very different ways that are going to impact the

24     ultimate analysis, and if you look ahead to the ultimate

25     adjudication of this case, there is just no common proof or

F7v4Bluc

1    common evidence that's going to establish that everybody is

2    exempt or everybody is not exempt.  It's going to require us to

3    march in two thousand people into this courtroom and put them

4    up there and ask them about their job duties and where they

5    spent their time and how they spent their time.  And then we're

6    going to call in their co-workers and their supervisors.  And

7    they're going to testify:  Oh, no, Mr. Harrison, he was outside

8    all the time.  He was always out there meeting with clients and

9    developing business.  Or, oh, Ms. Joyner, she was always out

10   there, she was always on the phone talking to clients, giving

11   them financial advice and helping them plan their retirement.

12   It is going to be different for everybody.  We're going to have

13   this individual evidence, and there is no way it can be

14   adjudicated on a collective or class-wide basis.

15           THE COURT:  As I say, that could be true, but I don't

16   know how you expect me to make that determination now.  I don't

17   know if notice is sent out to two thousand people, that they're

18   not going to get three hundred people that say, yeah, I want to

19   be an active participant in this lawsuit because I'm in the

20   same situation as Mr. Blum and Mr. Harrison.  I can't guess

21   about that.

22           It would be easier for me to accept your arguments if

23   the specific requirements and guidance about the job duties and

24   responsibilities reflected the differences that you're talking

25   about, but none of that is reflected in the job description.

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

F7v4Bluc

1    None of those differences are reflected in the job

2    descriptions.  I don't know how I am supposed to make that

3    determination that there must be so many people out there who

4    do it differently that most people are not going to qualify as

5    being similarly situated as these individuals.

6         You must admit that if I look at the paper trail in

7    terms of what Merrill Lynch says that these people are supposed

8    to do, there is not a single distinction to be drawn, not a

9    single distinction to be drawn.  You don't say, if you want to

10   do it like this, you can; or if you want to do it like this,

11   you can; or you can be an A employee or you can be a B

12   employee.  Everything that Merrill Lynch has said is common

13   about what these people are supposed to do and supposed to get

14   paid for, is common across the board.

15        MR. MANDEL:  I would not dispute that, but the

16   language is very broad, and it leaves room for a lot of

17   discretion for the individuals to determine for themselves how

18   to perform the job.  And in fact, the evidence in front of the

19   Court is that they, in fact, performed the job in very

20   different ways.

21        I'd also just point out that the two documents that we

22   have been talking about, one of them is an incentive plan

23   guide, which is Exhibit C, and one is just one marketing

24   brochure.  These are not the official job description, if you

25   will.

F7v4Bluc

1           THE COURT:  But you're not disputing that point.

2           MR. MANDEL:  I'm not disputing the point that the job

3     description is the same for everybody.  If we showed you -- and

4     apparently we didn't put it into the record -- but if we look

5     at the official job description, it would be the same for

6     everybody, and it is in broad terms, and it describes providing

7     financial advice to customers and developing new leads to new

8     customers to whom we're going to provide financial advice and

9     planning.  It is very broad, and it leaves room for each

10    individual to figure out for themselves how best to perform the

11    job.  As I said, in fact, people do perform the job in very

12    different ways.  Some of them perform it in a way that is

13    exempt, and some of them perform it in a way that may be

14    non-exempt.  That's the problem with this being a collective

15    action and letting hundreds of people opt in when it just seems

16    so apparent that at the end of the day this is not a case that

17    can be maintained as a collective action.  It is going to need

18    to be decertified.

19          THE COURT:  I'm not confident that you're going to be

20    able to maintain that argument that you, Merrill Lynch, will

21    prevail because some of the people perform the job in a way

22    that it is exempt and some of the people perform the job in a

23    way that is not exempt.  The primary focus is what are the job

24    responsibilities and duties of the job and what is that job

25    classification that they're in.

F7v4Bluc

1           It can't simply be that we told everybody to do it one

2     way but people do it a lot of different ways, so therefore

3     we're exempt from the labor laws --

4           MR. MANDEL:  Well --

5           THE COURT:  -- because they get to define whether

6     their job is a different job than somebody else's.

7           MR. MANDEL:  Well, they don't.

8           THE COURT:  You may get to define it or the law may

9     get to define it, but the individual employee doesn't get to

10    define it.

11          MR. MANDEL:  If we flip it on its head and say the

12    company -- let's go back to the McDonald's analogy -- and the

13    company says, we're hiring you as a manager, and here's the job

14    description.  We want you to manage employees and hire and fire

15    and do all the quintessential managerial jobs, and then that

16    person goes out and, instead of managing, what are they doing

17    all day?  They're selling fries.  And they're not actually

18    managing everybody.  That person would be non-exempt

19    notwithstanding that what the duties of the job are supposed to

20    be is management.

21          I don't think that the plaintiffs would dispute that,

22    that it is not what the company says the job is, it is what the

23    individuals actually do.  That is what is determinative.

24          THE COURT:  It is what that job is that the person is

25    being paid to do.  That's how it is defined.  You can't just

F7v4Bluc

define by it depends on what it is they do.  No, it doesn't

depend on what it is that they do.  If you hire me as a

salesperson and I decide that I want to do something else and I

go to another unit, it is still the question of, okay, what

were you hired as.  You would even be making that argument.

You would not make the argument that if you hired somebody as

an exempt salesperson, that because they were doing some other

stuff that was not what you paid them to do and that they were

authorized to do.  That is not a good example.  I'm going to

take that example back.  It is not as if they're doing

something unauthorized to do.

        But it can't be as fluid as you want to argue it.  It

can't be that simply I hired them to do this, these are the job

requirements, this is what we require everybody to do, but we

give them leeway to figure out how they want to do it.  So,

therefore, the people who take the leeway to do it in a way

that we can argue that it is exempt, that exempts that job.

No, it doesn't exempt that job.  It may determine whether that

individual person is a member of a class, if you say that that

individual person is doing something different than what you

described as the job.  And you would agree that nothing about

the description of the job and the duties that are required

that necessarily makes an employee who is doing that job

exempt.

        MR. MANDEL:  No, I would not agree with that.

F7v4Bluc

1            THE COURT:  Give me one example of what it is that is

2    written in the job description that makes everybody who does

3    that job exempt?

4            MR. MANDEL:  Again, I want to apologize because the

5    formal job description I don't believe is in the record.

6            THE COURT:  I'm just going off what is in front of me.

7            MR. MANDEL:  I understand that.

8            THE COURT:  I have about a foot of paper here.  If you

9    tell me something is missing, I'm sorry, there is nothing I can

10   do with what's missing.  I assumed you gave me as complete a

11   record as you wanted me to review --

12           MR. MANDEL:  I would be happy, if we could -- the job

13   description itself is one page --

14           THE COURT:  Give me an example.

15           MR. MANDEL:  The job description itself, the formal

16   job description for the position, says that they are to provide

17   financial advice and consultation, and that would render them

18   exempt under the administrative --

19           THE COURT:  For this period of time.

20           MR. MANDEL:  Correct.

21           THE COURT:  I don't have that in front of me.

22           MR. MANDEL:  I would be happy to supplement and

23   provide that to the Court Monday or as soon as possible.

24           THE COURT:  I mean, it doesn't resolve the dispute,

25   though.  It doesn't resolve whether or not they are, in fact,

1     providing that and the majority of people are providing that

2     and are providing it on a level which would define their job as

3     opposed to being a minor incidental part of their job.

4          I would be shocked if the evidence would demonstrate

5     that most of these employees during this period of time are

6     generating significant commissions on any significant number of

7     sales and that that is a significant part of what is being

8     accomplished during this period of time.  I would be shocked.

9     Maybe you will demonstrate that.  Nothing in these papers would

10    give me that impression.  It is not even the goal of this

11    training period.

12         All right.  Okay.  So let's wind up.

13         Did you have anything else that you wanted to add?

14         MR. SWARTZ:  Nothing further, your Honor.

15         Thank you.

16         THE COURT:  As you can tell, I'm not convinced.

17         MR. MANDEL:  You were talking to Mr. Swartz, right?

18         THE COURT:  No, unfortunately, I'm talking to you.

19         I'm going to have to deny the motion to dismiss.  I

20    think the allegations that Blum and Harrison make are

21    sufficient allegations to, at most, for the defense to raise a

22    factual dispute that cannot be resolved on the motion as you

23    have made it.  I cannot say as a matter of law that the

24    allegations that they make are not plausible allegations that

25    they themselves were employed in a circumstance in which their

F7v4Bluc

1    claims might be supported if they were to demonstrate those

2    facts.  I think the disputes about what the real jobs are and

3    the job responsibilities and who does what, I think that those

4    are factual issues that have to be resolved.

5           At this point, also, I think that this litigation has

6    gotten to the point where it is appropriate for conditional

7    certification.  I can always decertify it if the facts

8    demonstrate otherwise.  As I say, the job responsibilities of

9    most people during this training program seem to be common

10   enough that it would implicate that a significant number, if

11   not all of these plaintiffs, may be similarly situated and

12   there their claims may rise or fall based on the same evidence.

13   And whatever distinctions, if it turns out that there is such

14   significant variations in terms of the activities involved

15   during this three-month period, then that can be addressed.

16   But given the fact that this is still part of the training

17   program and only for a three-month period and the goals and

18   objectives, particularly primarily relating to training and

19   related to what is the minimum responsibilities during this

20   period of time for which they are being paid, there is no

21   reason to believe that somehow this is somehow much more

22   sophisticated a job task than what it apparently appears to be,

23   a training program to prepare people to ultimately be

24   full-fledged financial advisors and generate a book of business

25   once they are fully trained and fully prepared to be financial

F7v4Bluc

advisors, and they're not during this period of time.  And the

purpose of this period of time is, not to make them do that in

this period of time, it is to train them and have them

demonstrate some minimum abilities that would ultimately serve

them to be successful financial advisors when they completed

the program.

I think whether they're licensed or not licensed at

this point in time is not determinative in terms of the

commonality.  Most probably are licensed, but I can't

articulate any great distinction at this point that is expected

or is the responsibility of people in the training program that

one is expected to perform more, less, or in a different manner

than anyone else.  And I think what is characterized as the

general or vagueness of some of the guidelines, at this point I

can only conclude that they are general vague guidelines

because that is all the job really requires and expects at this

point in time.  So I can't really articulate the significant

legal distinctions that would take this out of a situation

where there is likely a large group of people who are similarly

situated who may have the same claim.  It may be a valid claim.

But if it is not a valid claim, for most of these people,

particularly when we're talking about opt-in plaintiffs, most

of these people, they will rise and fall pretty much on the

same general evidence about the nature of the job

classification that they're all in during this period of time.

F7v4Bluc

1              Again, this is not inconsistent with the position that

2      Merrill Lynch took, as I said, in California, when they said

3      they wanted to certify a larger class of people for settling

4      purposes.  But at this point, I make no determination as to

5      whether or not I think that there is some compelling evidence

6      that would indicate that the plaintiffs, any opt-in plaintiffs,

7      are ultimately going to prevail.  They may or may not prevail,

8      but I think given the nature of the job duties,

9      responsibilities, guidance in terms of what they're supposed to

10     accomplish during this period, requirements of what they're

11     supposed to accomplish during this period, I think that there

12     is significantly more that these employees at this point

13     demonstrated they had in common relative to what their

14     appropriate pay is supposed to be than distinctions about how

15     they might have individually performed their job, even though

16     the company itself makes no distinction in terms of job title

17     or job classification, job duties and responsibilities and

18     accomplishments during this period of time or pay among any of

19     these employees that would somehow make me hesitate at this

20     point to say that, as I say, that there appear to be a

21     significant number of individual plaintiffs who may be in the

22     same boat.  Now, whether that is going to be all two thousand

23     is not the question.  Whether there is going to be numerosity

24     may be the question, and whether or not they're really going to

25     have any significant number of opt-ins once they have received

F7v4Bluc

1    notice is another question.

2           So I think it is appropriate for conditional

3    certification and notice at this time and for discovery to move

4    forward to resolve this issue, at least to consider whether or

5    not there really is a class to be certified.  I think the

6    parties can move forward as quickly as they can, if they want

7    to resolve that issue, to resolve that issue.

8           I'm going to grant that application at this point.

9    I'm not going to work on the details of what information should

10   be provided from the defense or the requirements or language of

11   the notice at this point.  What I'm going to is I'm going to

12   refer to Magistrate Judge Francis to work out the details, what

13   information should be provided, the kind of notice, extent of

14   the notice, language of the notice that should go out.  And

15   then I'm going to ask him also to coordinate and supervise the

16   schedule for moving forward with discovery in this case.  I

17   will let him resolve those issues.  I will make that referral

18   to him today, and you should hear from him within the next week

19   or two.  If not, contact his chambers directly and try to

20   consult with each other first, and then be prepared to tell him

21   where you agree or disagree with regard to the process moving

22   forward.

23          My understanding is, I think the other case that was

24   referred to me, Reiburn, is scheduled for October 8th, I

25   believe, at 9:30.  I'm going to adjourn this to that same time.

F7v4Bluc

1   If we don't need to meet on that day, you can give me a letter

2   as to what the status is.

3          Are the same set of lawyers representing the parties

4   in that case?

5          MR. SWARTZ:  Yes, your Honor.

6          MR. MANDEL:  Yes, your Honor.

7          THE COURT:  I don't know if Judge Francis is the

8   magistrate judge who is assigned on that case.  See if you can

9   coordinate how you want to proceed with both cases.  I don't

10  know whether or not it is appropriate for consultation or

11  whether or not Reiburn -- I haven't had a chance to look at it

12  carefully -- I don't know whether that is a similar set of

13  class action allegations or an individual claim.  Obviously, to

14  the extent that it is the same as here, it makes no sense for

15  both cases to go separately or the plaintiffs conditionally

16  certified to be the same class.  It makes more sense for those

17  cases to be consolidated, but I will contact Judge Francis

18  first.

19         Also, I will make a referral for settlement if you

20  want to use him for that purpose, too, but I will leave that up

21  to you as to whether you want to engage in that early on with

22  his assistance.  Otherwise, I would like to have him resolve

23  the issues with regard to the notice and providing information

24  for appropriate notice, and then you can move forward with

25  that.  Then, I will see all the parties on October 8th in both

F7v4Bluc

```
 1   cases unless I get a letter from you requesting adjournment on
 2   that date and give me an update as to what the status is.
 3           MR. SWARTZ:  One housekeeping matter, please.  Is your
 4   Honor referring the matter to Judge Francis for all pretrial or
 5   just the notice process?
 6           THE COURT:  At this point, I think I'm going to go
 7   ahead and refer it to him for all pretrial.  I want him to set
 8   a schedule for discovery, and give him the flexibility, if you
 9   want to use him for settlement and to resolve the issue of
10   notice as quick as possible.  I will talk to him about it
11   today.
12           MR. SWARTZ:  Thank you, your Honor.
13           THE COURT:  You're welcome.  Thank you.
14           MR. MANDEL:  Thank you, your Honor.
15           (Adjourned)
16
17
18
19
20
21
22
23
24
25
```