# MANDATE

S.D.N.Y. – N.Y.C.
15-cv-1636
Daniels, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand fifteen.

Present:
> Robert A. Katzmann,
>> *Chief Judge,*
>
> Ralph K. Winter,
> John M. Walker, Jr.,
>> *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2015

*In re* Merrill Lynch & Co., et al.,                                                    15-2864

*Petitioners.*

Petitioners petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that the circumstances warrant the requested relief. *See Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380-81 (2004); *In re von Bulow*, 828 F.2d 94, 96 (2d Cir. 1987).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 12/17/2015