

February 8, 2016

**By CM/ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Reiburn et al. v. Merrill Lynch & Co., Inc. et al.*, No. 15 Civ. 2960 (GBD)(JCF)
             *Blum et al v. Merrill Lynch & Co., Inc. et al*, No. 15 Civ. 1636 (GBD)(JCF)

Dear Judge Daniels:

      We represent the Plaintiffs in the above-referenced matters. We write jointly with Defendants to inform the Court that, after a third mediation with David Rotman, in San Francisco, California on January 28, 2016, the parties have an agreement in principal to resolve both of these cases. The parties will now memorialize their agreement in a formal settlement agreement and submit it to the Court along with a motion for settlement approval. Plaintiffs respectfully request that the Court permit them to file their settlement approval motion on or before February 29, 2016.

                                        Respectfully submitted,

                                        /s/ Justin M. Swartz

                                        Justin M. Swartz

cc: all counsel of record by CM/ECF

**New York**  3 Park Avenue  29th Floor   New York, NY 10016   Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 4700   Chicago, IL 60601   Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor   San Francisco, CA 94111   Tel (415) 638-8800 Fax (415) 638-8810